IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:24CR-124 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT** |
| vs. | ) | **MOTION TO CONTINUE** |
| | ) | **TRIAL** |
| AARON T. LUNEKE, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Aaron T. Luneke, by and through his attorneys of record, Stuart J. Dornan and Keith Dornan, and hereby requests that the trial in this matter set for November 18, 2025, be continued. The Plaintiff, by and through its attorney of record, Sean Lynch, joins in this Motion to Continue. The Parties give the following reasons:

1. On August 8, 2025 the Court set trial in this matter for November 18, 2025 in response to an Unopposed Motion to Continue Trial (Filing No. 78). That Motion proposed two specific date ranges that were produced after extensive communication between the Parties, and the Court's Courtroom Deputy. Significant logistical wrangling was required in order to arrive at a Trial date that did not produce a scheduling conflict with counsel for the Parties or the Court.

2. Various courts have set trial dates in temporal proximity to the November 18, 2025 trial date that effects both Parties' availability:

   a. Sean Lynch, Assistant US Attorney has the following trials scheduled:

      i. U.S. v. Bryce Nolde, 8:24CR-23, on November 10, 2025; and

      ii. U.S. v. M.A. Yah, 8:21CR-205, on December 8, 2025.

   b. Stuart Dornan, lead counsel for Defendant, had the following trials scheduled:

      i. Jury Trial in Sarpy County District Court from January 6-9, 2026;

ii. Jury Trial in the District Court of Polk County, Iowa from January 26-30, 2026;

iii. Jury Trial in Cass County District Court from February 4-6, 2026;

iv. Jury Trial in Lancaster County District Court from February 9-13, 2026;

v. Jury Trial in Seward County District Court from February 24-27, 2026;

vi. Federal Jury Trial in the Northern District of Iowa from March 9-13, 2026; and

vii. Jury Trial in Seward County District Court from March 17-to at least March 20, 2026.

3. Additionally, Stuart Dornan has personal commitments for the following dates:

a. Planned personal time off lasting from December 1-15, 2025.

4. On October 2, 2025, the Court informed the Parties that a different trial scheduled for November 10, 2025 may continue through approximately November 21, 2025. The Court indicated that the trial date for Luneke may be continued to November 24, 2025 as a result.

5. Due to scheduling conflicts and the uncertain trial date, Assistant U.S. Attorney Sean Lynch, who has been first chair during the pendency of this case, intends to have Assistant U.S. Attorney Sarah Hinrichs step into his role as first chair. A different Special Assistant U.S. Attorney will be filling her role as second chair. Plaintiff requests to continue this trial in order to ensure that they have sufficient time to properly prepare their case.

6. Due to a scheduling conflict, Stuart Dornan would not be able to participate in this trial should it begin on November 24, 2025. This puts Defendant in a precarious situation

2

where his lead counsel may need to be replaced on short notice. Defense counsel has serious concerns that this would significantly prejudice his ability to present his defense. Rather than risk that potential prejudice, Defendant requests to continue this trial to a date where his lead counsel, Stuart Dornan, would be able to fully participate at trial.

7. The Parties believe that Trial in this matter is likely to last five days; however, it could last six or seven. The Parties have conferred and propose the following dates, which include two-week chunks that they are both available:

   a. January 12, 2026 through January 23, 2026; and

   b. March 30, 2026 through April 10, 2026.

8. Defendant has been advised that this continuance request will toll his speedy trial clock, and has no objection.

9. Pursuant to the Court's Order at Doc. No. 81, the parties request a hearing.

WHEREFORE, counsel prays that this Motion be set for hearing; and trial scheduled for November 18, 2025 be continued, and for such other and further relief the Court deems just and equitable.

| | | | |
|---|---|---|---|
| | AARON T. LUNEKE, Defendant, | | UNITED STATES OF AMERICA, Plaintiff, |
| By: | *s/Stuart J. Dornan* | | LESLEY A. WOODS |
| | STUART J. DORNAN, #18553 | | United States Attorney |
| | KEITH DORNAN, #27570 | | District of Nebraska |
| | Attorneys for Defendant | | |
| | Dornan, Howard, Breitkreutz | By: | *s/Sean P. Lynch* |
| | Dahlquist & Klein PC LLO | | SEAN P. LYNCH, #25275 |
| | 1403 Farnam Street, Suite 232 | | Assistant U.S. Attorney |
| | Omaha, Nebraska 68102 | | 1620 Dodge Street, Suite 1400 |
| | (402) 884-7044 (phone) | | Omaha, NE  68102 |
| | (402) 884-7045 (fax) | | Tel: (402) 661-3700 |
| | stu@dltlawyers.com | | Fax: (402) 661-3084 |
| | keith@dltlawyers.com | | E-mail: sean.lynch@usdoj.gov |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 15, 2025, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Sean Lynch, Assistant United States Attorney
Sarah Hinrichs, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

*s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant