IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:24CR-124 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **JOINT MOTION TO** |
| vs. | ) | **CONTINUE TRIAL** |
| | ) | |
| AARON T. LUNEKE, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Parties, United States of America and Aaron T. Luneke, to jointly move this Court to continue the trial in this matter that is currently scheduled to begin on January 12, 2025. In support of this Joint Motion, the Parties state as follows:

1. Both Parties have subpoenaed a witness ("John Doe") who they consider essential to their respective cases-in-chief.

2. The Parties were informed today that witness John Doe suffered a heart attack and is currently undergoing medical treatment.  It is uncertain when John Doe will be recovered to the extent that he is able to testify

3. Both Parties believe that their respective cases will be prejudiced if John Doe is unavailable to testify at trial.

4. Defendant has been informed of this issue, and he does not object to a continuance of the trial.

WHEREFORE, both Parties pray that this Court continue the trial that is currently scheduled to begin on January 12, 2025; and for any such further relief that the Court deems just and equitable.

AARON T. LUNEKE, Defendant,

By *s/Keith Dornan*
KEITH DORNAN, #27570
Attorney for Defendant
Dornan, Troia, Howard, Breitkreutz
Dahlquist & Klein PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
keith@dltlawyers.com

UNITED STATES OF AMERICA, Plaintiff

By *s/Alejando A. Abreu*
ALEJANDRO A. ABREU
Special Assistant United States Attorney
U.S. Attorney's Office - Omaha
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506
213-828-0023
alejandro.abreu@usdoj.gov

By *s/Sarah A. Hinrichs*
SARAH A. HINRICHS
Assistant United States Attorney
U.S. Attorney's Office - Omaha
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506
402-661-3700
sarah.hinrichs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

ALEJANDRO A. ABREU, Special Assistant United States Attorney & SARAH A. HINRICHS, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

By *s/Keith Dornan*
KEITH DORNAN, #27570