IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AARON T. LUNEKE,

Defendant.

LIST OF EXHIBITS

Case Number: 8:24CR124
Courtroom Deputy: Tracy McKibben
Court Reporter: Rogene Schroder

Trial Date(s): January 12, 2026 – January 23, 2026

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 1 | | | 2020-04 - 401k withdrawal Luneke John Hancock USA - Participant Transaction History (2 pages) | | | | | |
| 2 | | | Aaron Luneke Resume (3 pages) | | | | | |
| 3 | | | Board approval - Executive Officer (2 pages) | | | | | |
| 4 | | | FEB 2022 AL VOE - Columbus United Federal Credit Union (2 pages) | | | | | |
| 5 | | | Luneke Aaron (Offer Letter) | | | | | |
| 6 | | | Bank of Valley Complete Accounts – DDA 352080 (90 pages) | | | | | |
| 7 | | | Bank of Valley Complete Accounts DDA 402168 Living Water (160 pages) | | | | | |
| 8 | | | Bank of Valley Complete Accounts DDA 450233 Shine Express Wash (184 pages) | | | | | |

1

| 9 | | | Bank of Valley Loan Files – Loan 40580 Living Water (47 pages) | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | | | Bank of Valley Loan Files – Loan 41508 Living Water (47 pages) | | | | | |
| 11 | | | Bank of Valley Loan Files – Loan 42065 Living Water (36 pages) | | | | | |
| 12 | | | Bank of Valley Loan Files – Loan 43275 Living Water (47 pages) | | | | | |
| 13 | | | Bank of Valley Loan Files – Loan 43276 Living Water (39 pages) | | | | | |
| 14 | | | 12-21-2020 - LIVING WATERS RE LLC 50K WIRE OUT CCG Roofing after JP Loan (3 pages) | | | | | |
| 15 | | | 2020-02-10 - Living Waters - Operating Agreement (14 pages) | | | | | |
| 16 | | | 2020-02-19 - BOV Board Minutes Approving LM Loan - BOTV_011624 (5 pages) | | | | | |
| 17 | | | 2020-02-19 - Living Waters – LPM (39 pages) | | | | | |
| 18 | | | 2020-03-07 - $150,000 - Promissory Note - Living Waters RE and Patricia Brouillette (4 pages) | | | | | |
| 19 | | | 2020-03-09 - PB $150K to Living Waters (3 pages) | | | | | |
| 20 | | | 2020-12-09 - JP to AL- $60k Deposit (1 page) | | | | | |
| 21 | | | 2020-12-23 - JP to AL - $140k Deposit (1 page) | | | | | |
| 22 | | | 2021-05-03 - Living Waters – LPM (5 pages) | | | | | |
| 23 | | | 2021-06-10 - Living Waters - Email - Dubray - LMP & SBA (2 pages) | | | | | |

2

| 24 | | | 2022-06-29 - Living Waters - Past Due Loans (1 page) | | | | | |
| 25 | | | LW Luneke Private Loans – Brouillette (8 pages) | | | | | |
| 26 | | | LW Luneke Private Loans – M. Pieper (6 pages) | | | | | |
| 27 | | | 2021-01 RNR to Living Water (12 pages) | | | | | |
| 28 | | | 2021-01 RNR to Living Water Complete Monthly Statements (30 pages) | | | | | |
| 29 | | | Bank of Valley – Shine Express Wash 2020-04-20 - Email NF to Law Firm re Org (1 page) | | | | | |
| 30 | | | Bank of Valley – Shine Express Wash members contribution & operating agreement (13 pages) | | | | | |
| 31 | | | Bank of Valley Heritage Equity 2020 (21 pages) | | | | | |
| 32 | | | Bank of Valley Heritage Equity 2021 (4 pages) | | | | | |
| 33 | | | Bank of Valley Heritage Equity 2022 (2 pages) | | | | | |
| 34 | | | Bank of Valley Backup of LPM Legacy Capital Ltd | | | | | |
| 35 | | | Bank of Valley 2020-09-20 LPM Legacy Express (Norfolk) (7 pages) | | | | | |
| 36 | | | 2020-10-29 Certificate of Organization (1 page) | | | | | |
| 37 | | | 2020-10-29 Legacy Capital Holdings LLC – EIN (1 page) | | | | | |
| 38 | | | Bank of Valley Legacy Capital Holdings Minutes & Waiver (2 pages) | | | | | |

3

| 39 | | | Bank of Valley Legacy Capital Holdings Notice of Organization (1 page) | | | | | |
|---|---|---|---|---|---|---|---|---|
| 40 | | | Bank of Valley Legacy Capital Holdings Operation Agreement (11 pages) | | | | | |
| 41 | | | Bank of Valley 2020-03-30 Car Wash Appraisal (54 pages) | | | | | |
| 42 | | | Bank of Valley 2020-12-29 Car Wash Appraisal (49 pages) | | | | | |
| 43 | | | Bank of Valley 2021-05-10 Appraisal Report – Legacy Express Car Wash (99 pages) | | | | | |
| 44 | | | Bank of Valley 2021-05-10 Car Wash Appraisal (55 pages) | | | | | |
| 45 | | | Foreman Lumber & Langer Electric 2020-09-24 - 402168 - DDA Statement - 227K to Foreman Lumber (Highlighted) | | | | | |
| 46 | | | 2020-09-24a - Loan 40580 - Loan Activity Statement - $227,000 Transfer To DDA | | | | | |
| 47 | | | 2020-09-24b - DDA 402168 - $227,000 Transfer & $227,000 Check to Foreman Lumber | | | | | |
| 48 | | | 2020-09-24c - DDA 269714 - $227,000 Deposit | | | | | |
| 49 | | | 2020-09-25 - DDA 269714 - $38,772 check to Langer Electric (Cleared on 09-30-20) | | | | | |
| 50 | | | 2020-12-04 - 402168 - Wire Ticket - $60,000 - Langer Electric (Highlighted) | | | | | |
| 51 | | | 2020-12-04 - Wire - $60,000 - Langer Electric | | | | | |

4

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 52 | | | 2020-12-04 - Wire Transfer Report - Outgoing - $60,000 | | | | | |
| 53 | | | 2020-12-31 - 402168 - Living Water DDA - $60K & $220K payments DEC | | | | | |
| 54 | | | 2021-01-04 - 402168 - Wire Ticket - $75,000 - Langer Electric (Highlighted) | | | | | |
| 55 | | | 2021-01-04 - Wire - $75,000 - Langer Electric | | | | | |
| 56 | | | 2021-01-04 - Wire Transfer Report - Outgoing - $75,000 | | | | | |
| 57 | | | 2021-03-01 - Foreman Lumber Final Billing - $368,750 | | | | | |
| 58 | | | 2021-03-10 - Langer Email of 150K Invoice to AL | | | | | |
| 59 | | | 2021-03-22 - Foreman Lumber Final Invoice - $569700 -571000 | | | | | |
| 60 | | | 2021-05-04 - DDA 352080 - Wire Transfer from 402168 | | | | | |
| 61 | | | 2021-05-04 - DDA 402168 - Wire Transfer to 352080 | | | | | |
| 62 | | | 2021-05-13 - AL and CL text messages re $150,000 payment and return check | | | | | |
| 63 | | | 2021-05-13 - Living Waters $571k Check to Foreman Lumber | | | | | |
| 64 | | | 2021-05-13 - Loan 43275 - Disbursement Request and Authorization | | | | | |
| 65 | | | 2021-05-13 - Loan 43276 - Disbursement Request and Authorization | | | | | |

5

| 66 | | | 2021-05-14 - DDA 402168 - $150,000 Cashiers Check to Langer Electric | | | | | |
| 67 | | | 2021-05-14 - DDA 402168 - SBA Interim Financing ($1,620,203) | | | | | |
| 68 | | | 2021-05-14 - DDA 409424 - $150,000 Deposit | | | | | |
| 69 | | | 2021-05-14 - LW $150k Check to Langer Electric | | | | | |
| 70 | | | 2021-05-19 - 352080 - $105,000 - Deposit - Langer Electic | | | | | |
| 71 | | | 2021-05-19 - DDA 352080 - $105,000 Deposit (Check & Deposit Slip Only) | | | | | |
| 72 | | | 2021-05-19 - DDA 352080 - $105,000 Deposit | | | | | |
| 73 | | | 2021-05-19 - DDA 409424 - $105,000 Check to Luneke | | | | | |
| 74 | | | 2021-05-27 - DDA 354784 - $149,900 EIDL Loan Payment | | | | | |
| 75 | | | 2021-06-08 - Foreman Lumber LOC 43400 - Business Loan Agreement | | | | | |
| 76 | | | 2021-06-08 - Foreman Lumber LOC 43400 - Promissory Note | | | | | |
| 77 | | | 2021-06-17 - DDA 352080 - $146,767 Check Clears (to Merle Pieper) | | | | | |
| 78 | | | 2021-06-18 - DDA 352080 - $65,000 Transfer from Living Waters | | | | | |
| 79 | | | 2021-06-18 - DDA 402168 - $65,000 Transfer to Luneke Personal DDA | | | | | |

6

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 80 | | | 2021-06-21 - DDA 352080 - $61,880 Check Clears (to Jerome Pieper) | | | | | |
| 81 | | | 2021-06-21 - Foreman Lumber - $200,000 Refund - Invoice #83362 | | | | | |
| 82 | | | 2021-06-21 - Foreman Lumber - $200k Refund Check | | | | | |
| 83 | | | 2021-06-21 - Foreman Lumber - Refunded $200,000 Credit Memo #83363 | | | | | |
| 84 | | | 2021-06-22 - DDA 269714 - $200,000 Check to Luneke | | | | | |
| 85 | | | 2021-06-22 - DDA 269714 - $313,000 Transfer from Loan 43400 | | | | | |
| 86 | | | 2021-06-22 - DDA 352080  - $200,000 Deposit | | | | | |
| 87 | | | 2021-06-22 - DDA 352080 - $60,000 Transfer from Living Waters | | | | | |
| 88 | | | 2021-06-22 - DDA 352080 - $125,000 Transfer to Living Waters | | | | | |
| 89 | | | 2021-06-22 - DDA 402168 - $60,000 Transfer to Luneke Personal DDA | | | | | |
| 90 | | | 2021-06-22 - DDA 402168 - $125,000 Transfer from Luneke | | | | | |
| 91 | | | 2021-06-22 - Loan 43400 - Business Activity Sheet - $313,000 Transfer | | | | | |
| 92 | | | 2021-06-30 - 352080 - Luneke DDA - $200,000 Deposit | | | | | |
| 93 | | | 2021-07-29 - DDA 352080 - $49,145.25 Misc Debit (Stock Purchase) | | | | | |

7

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 94 | | | BOV Presentation re Fraud | | | | | |
| 95 | | | Foreman Lumber and Langer Electric Complete Monthly Statements | | | | | |
| 96 | | | Stearns Bank 2020-03-31 - Luneke BOV Account Statement - 03 MAR (2 pages) | | | | | |
| 97 | | | Stearns Bank 2021-04-20 - Proposal Letter (5 pages) | | | | | |
| 98 | | | Stearns Bank AdminScan_000076f05d5c (6 pages) | | | | | |
| 99 | | | Stearns Bank Balance Sheet (03-31-2021) (1 pages) | | | | | |
| 100 | | | Stearns Bank Balance Sheet (03-2021) (1 page) | | | | | |
| 101 | | | Stearns Bank Bil-Den Glass (Tunnel Glass) - $63,884 (2 pages) | | | | | |
| 102 | | | Stearns Bank Budget-Detailed Project Costs – None – (ID 9990089) | | | | | |
| 103 | | | Stearns Bank Budget - Project costs  - None - (ID 9922526) (2 pages) | | | | | |
| 104 | | | Stearns Bank Carwash pro-forma (2021) (8 pages) | | | | | |
| 105 | | | Stearns Bank Checks and Invoices - Bil-Den Glass  - None - 6{2}19{2}2020 (ID 9931187) (2 pages) | | | | | |
| 106 | | | Stearns Bank Checks and Invoices - Invoice for outstanding items  - None - 3{2}22{2}2021 (ID 9931161) (1 page) | | | | | |

8

| 107 | | | Stearns Bank Checks and Invoices - Langer Electric  - None - 3{2}8{2}2021 (ID 9931186) (1 page) | | | | | |
| 108 | | | Stearns Bank email response to questions | | | | | |
| 109 | | | Stearns Bank Debt Schedule (1 page) | | | | | |
| 110 | | | Stearns Bank Foreman Lumber ($569,700) (1 page) | | | | | |
| 111 | | | Stearns Bank Individual Certification (A. Luneke) | | | | | |
| 112 | | | Stearns Bank Langer Electric - final billing ($150,000) | | | | | |
| 113 | | | Stearns Bank PFS - A. Luneke (03-2021) | | | | | |
| 114 | | | Stearns Bank Resume - Luneke | | | | | |
| 115 | | | Stearn Bank AL&KY Emails & AL Calendar | | | | | |
| 116 | | | FDIC Exam | | | | | |
| 117 | | | Bank of Valley Internal Investigation 256465 (John DuBray personal) | | | | | |
| 118 | | | Bank of Valley Internal Investigation 352080 (Luneke personal) | | | | | |
| 119 | | | Bank of Valley Internal Investigation 402168 (Living Waters RE, LLC) | | | | | |
| 120 | | | Bank of Valley Internal Investigation 450233 SHINE EXPRESS WASH, LLC | | | | | |
| 121 | | | BOTV_000768-BOTV_000768 | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 122 | | | BOV-00005799.1-Equity valuations | | | | | |
| 123 | | | 2020-03-05 - Fitcher Loan First Heritage Bank - LW RE loan | | | | | |
| 124 | | | BOTV_002029-BOTV_002029 | | | | | |
| 125 | | | BOTV_002032-BOTV_002032 | | | | | |
| 126 | | | BOTV_002039-BOTV_002039 | | | | | |
| 127 | | | BOV-00005320.1-Foreman Lumber - 2020-12-15 | | | | | |
| 128 | | | BOV-00005323.1-Foreman Lumber - 2020-08-26 | | | | | |
| 129 | | | BOV-00005326.1-Foreman Lumber - 2020-09-08 | | | | | |
| 130 | | | BOV-00005327.1-Foreman Lumber - 2020-10-10 | | | | | |
| 131 | | | BOV-00005329.1-Foreman Lumber - 2021-02-01 | | | | | |
| 132 | | | BOV-00005330.1-Foreman Lumber - 2021-03-01 | | | | | |
| 133 | | | BOV-00005339.1-Promissory note | | | | | |
| 134 | | | Bank of Prauge 2021-04-19 - 1308 - SS - SBA Packaging Service Requested | | | | | |
| 135 | | | Bank of Prauge 2021-04-20 - 1500 - SS - SBA Packaging | | | | | |
| 136 | | | Bank of Prauge 2021-05-03 - 1530 - AL  - Discussion of Project | | | | | |
| 137 | | | Bank of Prauge 2021-05-03 - 1530 - SS - Discussion on Project | | | | | |
| 138 | | | Bank of Prauge 2021-05-06 - 1344 - SS - RE Secure Link | | | | | |
| 139 | | | Bank of Prauge 2021-05-11 - 1004 - SS - Review of Documents | | | | | |

10

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 140 | | | Bank of Prauge 2021-05-11 - 1011 - AL - RE Review of Documents | | | | | |
| 141 | | | Bank of Prauge 2021-05-11 - 1029 - SS - RE Review of Documents | | | | | |
| 142 | | | Bank of Prauge 2021-05-11 - 1035 - AL - RE Review of Documents | | | | | |
| 143 | | | Bank of Prauge 2021-05-11 - 1052 - AL - RE Review of Documents | | | | | |
| 144 | | | Bank of Prauge 2021-05-11 - 1137 - NF - RE Phone Discussion | | | | | |
| 145 | | | Bank of Prauge 2021-05-12 - 1051 - SS - RE Review of Documents | | | | | |
| 146 | | | Bank of Prauge 2021-05-12 - 1100 - AL - Accepted Phone Conversation | | | | | |
| 147 | | | Bank of Prauge 2021-05-12 - 1100 - SS - Phone Discussion | | | | | |
| 148 | | | Bank of Prauge 2021-05-18 - 1908 - AL - RE Review of Documents | | | | | |
| 149 | | | Bank of Prauge 2021-05-20 - 1139 - AL - Legacy Express Wash Appraisal | | | | | |
| 150 | | | Bank of Prauge 2021-05-21 - 1207 - SS - FWD | | | | | |
| 151 | | | Bank of Prauge 2021-05-21 - 1208 - SS - requests and some questions for you | | | | | |
| 152 | | | Bank of Prauge 2021-05-21 - 1219 - NF - Nate Fichter Businesses | | | | | |
| 153 | | | Bank of Prauge 2021-08-09 - 0801 - SS - Living Waters - Shince Express | | | | | |
| 154 | | | Bank of Prauge 2021-08-17 - 1315 - JD - RE Living Waters - Shine Express | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 155 | | | Bank of Prauge 2021-08-17 - 1350 - SS - Re Living Waters - Shine Express | | | | | |
| 156 | | | Bank of Prauge 2021-08-17 - 1355 - JD - RE Living Waters - Shine Express | | | | | |
| 157 | | | Bank of Prauge 2021-08-18 - 1007 - RP - RE Living Waters - Shine Express | | | | | |
| 158 | | | Bank of Prauge 2021-08-18 - 1055 - JD - RE Living Waters - Shine Express | | | | | |
| 159 | | | Bank of Prauge 2021-08-18 - 1101 - AL - RE Living Waters - Shine Express | | | | | |
| 160 | | | Bank of Prauge 2021-08-18 - 1106 - SS - RE Living Waters - Shine Express | | | | | |
| 161 | | | Bank of Prauge 2021-08-18 - 1328 - RP - RE Living Waters - Shine Express | | | | | |
| 162 | | | Bank of Prauge 2021-08-18 - 1333 - JD - RE Living Waters - Shine Express | | | | | |
| 163 | | | Bank of Prauge 2021-08-18 - 1345 - SS - RE Living Waters - Shine Express | | | | | |
| 164 | | | Bank of Prauge 2021-08-20 - 0714 - RP - RE Reschedule to Monday or Tuesday | | | | | |
| 165 | | | Bank of Prauge 2021-08-20 - 0757 - JD - RE Reschedule to Monday or Tuesday | | | | | |
| 166 | | | Bank of Prauge 2021-08-20 - 0832 - SS - RE Reschedule to Monday or Tuesday | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 167 | | | Bank of Prauge 2021-08-20 - 0839 - AL - RE Reschedule to Monday or Tuesday | | | | | |
| 168 | | | Bank of Prauge 2021-08-20 - 0840 - SS - Reschedule to Monday or Tuesday | | | | | |
| 169 | | | Bank of Prauge 2021-08-20 - 1721 - SS - RE Reschedule to Monday or Tuesday | | | | | |
| 170 | | | Bank of Prauge 2021-08-23 - 1503 - AL - A Luneke PFS (Form 413) & 2020 TR | | | | | |
| 171 | | | Bank of Prauge 2021-08-24 - 1150 - SS - List of items left for legacy express | | | | | |
| 172 | | | Bank of Prauge 2021-08-27 - 0810 - RP - RE List of items left for Legacy Express | | | | | |
| 173 | | | Bank of Prauge 2021-08-27 - 0946 - SS - RE List of Items left for Legacy Express | | | | | |
| 174 | | | Bank of Prauge 2021-08-29 - 0617 - AL - RE List of items left for Legacy Express | | | | | |
| 175 | | | Bank of Prauge 2021-08-31 - 1348 - JD - RE List of items left for legacy express | | | | | |
| 176 | | | Bank of Prauge 2021-08-31 - 1416 - SS - RE List of Items Left for Legacy Express | | | | | |
| 177 | | | Bank of Prauge 2021-08-31 - 1422 - JD - RE List of items left for Legacy Express | | | | | |
| 178 | | | Bank of Prauge 2021-09-01 - 1339 - AL - RE List of items left for Legacy Express | | | | | |

13

| 179 | | | Bank of Prauge 2021-09-01 - 1429 - SS - RE list of items left for Legacy Express | | | | | |
|---|---|---|---|---|---|---|---|---|
| 180 | | | Bank of Prauge 2021-09-01 - 1533 - AL - RE List of items left for legacy express | | | | | |
| 181 | | | Bank of Prauge 2021-09-13 - 1308 - JD - RE List of items left for Legacy Express | | | | | |
| 182 | | | Bank of Prauge 2021-09-13 - 1332 - SS - RE List of items left for legacy express | | | | | |
| 183 | | | Bank of Prauge 2021-09-13 - 1828 - RP - Submission of Loan Application 31508777 | | | | | |
| 184 | | | Bank of Prauge 2021-09-14 - 0942 - SS - RE list of items left for Legacy Express | | | | | |
| 185 | | | Bank of Prauge 2021-11-02 - 1009 - RP - FW Scree out Letter - 106198 | | | | | |
| 186 | | | Bank of Prauge 2021-11-02 - 1133 - SS - RE Scree Out Letter - 106189 Shine Express | | | | | |
| 187 | | | Bank of Prauge 2021-11-02 - 1201 - AL - RE Scree out Letter - 106189 | | | | | |
| 188 | | | Bank of Prauge 2021-11-02 - 1644 - SS - RE Scree Out Letter - 106189 Shine Express | | | | | |
| 189 | | | Bank of Prauge 2021-11-03 - 1134 - RP - Debt Refinacne Addendum Questionnaire (2 pages) | | | | | |
| 190 | | | Bank of Prauge 2021-11-03 - 1134 - RP - Debt Refinance Addendum Questionnaire (4 pages) | | | | | |

14

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 191 | | | Bank of Prauge 2021-11-03 - 1206 - AL - RE Scree Out Letter - 106189 | | | | | |
| 192 | | | Bank of Prauge 2021-11-03 - 1310 - SS - RE Shine Express Wash 106189 | | | | | |
| 193 | | | Bank of Prauge 2021-11-03 - 1325 - SS - RE Shine Express Wash 106189 | | | | | |
| 194 | | | Bank of Prauge 2021-11-03 - 1421 - AL - Re Shine Express Wash - 106189 | | | | | |
| 195 | | | Bank of Prauge 2021-11-03 - 1535 - SS - Form 2202 - Business Debt Schedule | | | | | |
| 196 | | | Bank of Prauge 2021-11-03 - 1547 - AL - Living Waters SBA Docs | | | | | |
| 197 | | | Bank of Prauge 2021-11-04 - 1237 - AL - Re Scree Out Letter - 106189 | | | | | |
| 198 | | | Bank of Prauge 2021-11-04 - 1431 - AL - RE Scree out Letter - 106189 | | | | | |
| 199 | | | Bank of Prauge 2021-11-12 - 1629 - AL - RE Living Waters SBA Docs | | | | | |
| 200 | | | Bank of Prauge 2021-11-15 - 1002 - SS - RE Living Waters SBA Docs | | | | | |
| 201 | | | Bank of Prauge 2021-11-15 - 1002 - SS - RE Living Waters SBA Docs | | | | | |
| 202 | | | Bank of Prauge 2021-12-30 - 1957 - SS - Items for response to SBA | | | | | |

15

| 203 | | | Bank of Prauge 2022-02-28 - 0756 - AL - FW Living Waters - Integrity SBA Services | | | | | |
| 204 | | | Bank of Prauge 2022-02-28 - 1402 - SS - RE Living Water - Integrity SBA Services | | | | | |
| 205 | | | Bank of Prauge 2022-03-08 - 1533 - JD - Follow up on SBA Loan Request | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS,
United States Attorney
District of Nebraska

By:    s/ Alejandro Abreu
       Alejandro Abreu, OH Bar #0089477
       Special Assistant U.S. Attorney
       1620 Dodge Street, Suite 1400
       Omaha, NE  68102-1506

16

Tel: (213) 828-0023
E-mail:  alejandro.abreu@usdoj.gov

s/ Sarah A. Hinrichs
SARAH A. HINRICHS, #24335
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 661-3084
E-mail:  Sarah.Hinrichs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:  None.

s /Alejandro Abreu
Special Assistant U.S. Attorney

17