IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

vs.

AARON LUNEKE,

　　　　　　　Defendant.

8:24CR124

WITNESS LIST

Plaintiff submits the following list of witnesses it may call in the above-captioned matter:

1.　　Craig Foreman

2.　　Christopher Langer

3.　　Korey Young

4.　　Jason Levicky

5.　　Bill Brookhauser

6.　　Michaela Wegener

7.　　Charles Dodd

8.　　Patricia Sue Brouilette

9.　　Suzanne Stearman

10.　　Nathan Fichter

11.　　Special Agent Mike Bernier

12.　　Special Agent Shawn Nickell

13.　　Any and all witnesses designated by the other parties in this matter.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS,
United States Attorney
District of Nebraska


By:    s/ Alejandro Abreu
Alejandro Abreu, OH Bar #0089477
Special Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel: (213) 828-0023
E-mail:  alejandro.abreu@usdoj.gov

s/ Sarah A. Hinrichs
SARAH A. HINRICHS, #24335
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 661-3084
E-mail:  Sarah.Hinrichs@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:  None.

s /Alejandro Abreu
Special Assistant U.S. Attorney

2