IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 FEB 26  PM 12: 17

OFFICE OF THE CLERK.

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

AARON T. LUNEKE,

        Defendant.

8:24CR124

STIPULATION OF FACT

## STIPULATION

The United States of America and the Defendant, AARON T. LUNEKE, stipulate and agree that the following facts are true and may be considered by the court and the jury without further evidence or testimony being offered:

### I. BACKGROUND AND PARTIES

1. At all times relevant to this case, Bank of the Valley, headquartered in Bellwood, Nebraska, was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC).

2. At all times relevant to this case, Stearns Bank, N.A., located in St. Cloud, Minnesota, was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC).

3. The Defendant, Aaron T. Luneke, was employed as the Chief Financial Officer (CFO) of Bank of the Valley from approximately June 2018 through approximately May 2022.

4. Living Waters RE, LLC was a Nebraska limited liability company organized to own a car wash facility located in Columbus, Nebraska.

5. Shine Express Wash, LLC, doing business as Legacy Express Car Wash, was a Nebraska limited liability company organized to operate a car wash facility located in Columbus, Nebraska.

6. On or about February 10, 2020, The Defendant, Aaron T. Luneke, and Nathan Fichter co-owned Living Waters RE, LLC.

7. The Defendant, Aaron T. Luneke, Nathan Fichter, and Jerome Pieper co-owned Shine Express.

## II. LOAN TRANSACTIONS

8. On or about April 3, 2020, Living Waters RE, LLC obtained a construction financing loan totaling approximately $2,100,000 from Bank of the Valley to build a car wash facility in Columbus, Nebraska.

9. On or about September 28, 2020, Living Waters RE, LLC obtained a second construction financing loan for approximately $375,000 from Bank of the Valley for construction costs related to a car wash facility in Columbus, Nebraska.

10. On or about January 26, 2021, Living Waters RE, LLC obtained a third construction financing loan for approximately $225,000 from Bank of the Valley for construction costs related to a car wash facility in Columbus, Nebraska.

11. In or around March and April 2021, Living Waters RE, LLC, and Shine Express Wash, LLC applied to Stearns Bank, N.A., for an SBA loan in the approximate amount of $3,500,000 for the purpose of refinancing the Bank of the Valley interim construction loans on the Columbus car wash facility.

12. On or about May 13, 2021, Living Waters RE, LLC refinanced its car wash construction loans and obtained two interim financing loans totaling approximately $4,320,000 from Bank of the Valley.

## III. CONSTRUCTION CONTRACTORS

13. Foreman Lumber, owned and operated by Craig Foreman and Ben Foreman and located in Columbus, Nebraska, served as the general contractor for the construction of the Living Waters car wash facility.

14. Langer Electric, owned and operated by Christopher Langer and located in Blair, Nebraska, performed electrical work on the Living Waters car wash facility.

## IV. RECORDS

15. The records provided by Bank of the Valley, including but not limited to loan files, account records, and internal memoranda related to the Living Waters RE, LLC loans, are business records made at or near the time of the events recorded, kept in the course of a regularly conducted business activity, and made as a regular practice of Bank of the Valley.

16. The records provided by Stearns Bank, N.A., including but not limited to loan application files, underwriting documents, and correspondence related to the Living Waters Real Estate, LLC SBA 504 loan, are business records made at or near the time of the events recorded, kept in the course of a regularly conducted business activity, and made as a regular practice of Stearns Bank, N.A.

2

17. The records of Bank of Prague, including but not limited to SBA loan processing documents and correspondence related to Living Waters RE, LLC are business records made at or near the time of the events recorded, kept in the course of a regularly conducted business activity, and made as a regular practice of Bank of Prague.

18. The FDIC Certificate of Insurance for Bank of the Valley (Government Exhibit 142) is a true and accurate copy of the certificate confirming that Bank of the Valley is an FDIC-insured institution.

19. The FDIC Certificate of Insurance for Stearns Bank, National Association (Government Exhibit 143) is a true and accurate copy of the certificate confirming that Stearns Bank, N.A., is an FDIC-insured institution.


**AGREED AND STIPULATED:**

**FOR THE UNITED STATES:**

_____     2/23/26
ALEJANDRO A. ABREU                    Date
Special Assistant United States Attorney

_____     2-23-26
SARAH A. HINRICHS                     Date
Assistant United States Attorney


**FOR THE DEFENDANT:**

_____     2/23/26
AARON T. LUNEKE                       Date
Defendant

_____     2-23-26
STUART J. DORNAN                      Date
Attorney for Defendant

_____     2-23-26
KEITH W. DORNAN                       Date
Attorney for Defendant


3