IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAR -6 PM 12:30

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AARON T. LUNEKE,

Defendant.

8:24–CR–124

**VERDICT FORM**

Please answer the questions below, and then have the foreperson sign and date this verdict form:

**COUNT I**

We, the Jury, find the defendant, AARON T. LUNEKE ___Guilty___ (guilty/not

**guilty**) of committing the crime of attempted bank fraud as charged in Count I of the Indictment.

**COUNT II**

We, the Jury, find the defendant, AARON T. LUNEKE ___Guilty___ (guilty/not

**guilty**) of committing the crime of bank fraud as charged in Count II of the Indictment.

███████████████████████

FOREPERSON

___03/06/2026___
DATE

1