IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON T. LUNEKE,<br><br>Defendant. | LIST OF EXHIBITS<br><br>Case Number: 8:24CR124<br>Courtroom Deputy: Tracy McKibben<br>Court Reporter: Rogene Schroder | |

Trial Date(s): February 23, 2026 – March 6, 2026

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 1 | | | 2020-04 - 401k withdrawal Luneke John Hancock USA - Participant Transaction History (2 pages) | | | | | |
| 2 | | | Aaron Luneke Resume (3 pages) | X | | X | | 2/23/26 |
| 3 | | | Board approval - Executive Officer (2 pages) | X | | X | | 2/23/26 |
| 4 | | | FEB 2022 AL VOE - Columbus United Federal Credit Union (2 pages) | | | | | |
| 5 | | | Luneke Aaron (Offer Letter) | X | | X | | 2/23/26 |
| 6 | | | Bank of Valley Complete Accounts – DDA 352080 (90 pages) | X | | X | | 2/24/26 |
| 7 | | | Bank of Valley Complete Accounts DDA 402168 Living Water (160 pages) | X | | X | | 2/24/26 |
| 8 | | | Bank of Valley Complete Accounts DDA 450233 Shine Express Wash (184 pages) | X | | X | | 2/24/26 |
| 9 | | | Bank of Valley Loan Files – Loan 40580 Living Water (47 pages) | X | | X | | 2/24/26 |
| 10 | | | Bank of Valley Loan Files – Loan 41508 Living Water (47 pages) | X | | X | | 2/24/26 |
| 11 | | | Bank of Valley Loan Files – Loan 42065 Living Water (36 pages) | X | | X | | 2/24/26 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12 | | | Bank of Valley Loan Files – Loan 43275 Living Water (47 pages) | X | | X | | 2/24/26 |
| 13 | | | Bank of Valley Loan Files – Loan 43276 Living Water (39 pages) | X | | X | | 2/24/26 |
| 14 | | | 12-21-2020 - LIVING WATERS RE LLC 50K WIRE OUT CCG Roofing after JP Loan (3 pages) | | | | | |
| 15 | | | 2020-02-10 - Living Waters - Operating Agreement (14 pages) | X | | X | | 2/24/26 |
| 16 | | | 2020-02-19 - BOV Board Minutes Approving LM Loan - BOTV_011624 (5 pages) | X | | X | | 2/23/26 |
| 17 | | | 2020-02-19 - Living Waters – LPM (39 pages) | X | | X | | 2/23/26 |
| 18 | | | 2020-03-07 - $150,000 - Promissory Note - Living Waters RE and Patricia Brouillette (4 pages) | X | | X | | 2/25/26 |
| 19 | | | 2020-03-09 - PB $150K to Living Waters (3 pages) | | | | | |
| 20 | | | 2020-12-09 - JP to AL- $60k Deposit (1 page) | | | | | |
| 21 | | | 2020-12-23 - JP to AL - $140k Deposit (1 page) | | | | | |
| 22 | | | 2021-05-03 - Living Waters – LPM (5 pages) | X | | X | | 2/25/26 |
| 23 | | | 2021-06-10 - Living Waters - Email - Dubray - LMP & SBA (2 pages) | | | | | |
| 24 | | | 2022-06-29 - Living Waters - Past Due Loans (1 page) | | | | | |
| 25 | | | Private Loans – Brouillette Promissory Note (2 pages) | X | | X | | 2/24/26 |
| 26 | | | 2021-04-08 DDA 402168_$10,500 - Payment to Patricia Brouillette | X | | X | | 3/4/26 |
| 27 | | | 2022-04-26 - DDA 402168 - $11,375 - Payment to Patricia Brouillette | | | | | |

| 28 | | | 2020-12-15 - Promissory Note btw Luneke and Merle Pieper | X | | X | | 3/2/26 |
|---|---|---|---|---|---|---|---|---|
| 29 | | | 2020-12-21 - Promissory Note - $140,000 AL-JL | X | | X | | 3/2/26 |
| 30 | | | Director Statement of Related Interests | | | | | |
| 31 | | | FDIC Report of Examination May 2021 | | | | | |
| 32 | | | Living Waters RE, LLC DDA Stmts | | | | | |
| 33 | | | Living Waters RE, LLC Line Sheet | | | | | |
| 34 | | | 2020 Heritage Equity Balance Sheet | | | | | |
| 35 | | | 2020-11-18 - Heritage Equity Operating Agreement - BOTV_011203 | X | | X | | 2/26/26 |
| 36 | | | 2021-01-19 - Luneke - Statement of Related Interests | X | | X | | 2/24/26 |
| 37 | | | 2021-01-20 - Dubray - Statement of Related Interests | X | | X | | 2/24/26 |
| 38 | | | Bank of Valley – Shine Express Wash 2020-04-20 - Email NF to Law Firm re Org (1 page) | | | | | |
| 39 | | | Bank of Valley – Shine Express Wash members contribution & operating agreement (13 pages) | X | | X | | 2/25/26 |
| 40 | | | Bank of Valley Backup of LPM Legacy Capital Ltd | | | | | |
| 41 | | | Bank of Valley 2020-09-20 LPM Legacy Express (Norfolk) (7 pages) | | | | | |
| 42 | | | 2020-10-29 Certificate of Organization (1 page) | | | | | |
| 43 | | | 2020-10-29 Legacy Capital Holdings LLC – EIN (1 page) | | | | | |
| 44 | | | Bank of Valley Legacy Capital Holdings Minutes & Waiver (2 pages) | | | | | |

3

| 45 | | | Bank of Valley Legacy Capital Holdings Notice of Organization (1 page) | | | | | |
|---|---|---|---|---|---|---|---|---|
| 46 | | | Bank of Valley Legacy Capital Holdings Operation Agreement (11 pages) | | | | | |
| 47 | | | Bank of Valley 2020-03-30 Car Wash Appraisal (54 pages) | X | | X | | 2/26/26 |
| 48 | | | Bank of Valley 2020-12-29 Car Wash Appraisal (49 pages) | X | | X | | 2/26/26 |
| 49 | | | Bank of Valley 2021-05-10 Appraisal Report – Legacy Express Car Wash (99 pages) | X | | X | | 2/26/26 |
| 50 | | | Bank of Valley 2021-05-10 Car Wash Appraisal (55 pages) | X | | X | | 2/26/26 |
| 51 | | | Foreman Lumber & Langer Electric 2020-09-24 - 402168 - DDA Statement - 227K to Foreman Lumber (Highlighted) | | | | | |
| 52 | | | 2020-09-24a - Loan 40580 - Loan Activity Statement - $227,000 Transfer To DDA | | | | | |
| 53 | | | 2020-09-24b - DDA 402168 - $227,000 Transfer & $227,000 Check to Foreman Lumber | | | | | |
| 54 | | | 2020-09-24c - DDA 269714 - $227,000 Deposit | | | | | |
| 55 | | | 2020-09-25 - DDA 269714 - $38,772 check to Langer Electric (Cleared on 09-30-20) | | | | | |
| 56 | | | 2020-12-04 - 402168 - Wire Ticket - $60,000 - Langer Electric (Highlighted) | | | | | |
| 57 | | | 2020-12-04 - Wire - $60,000 - Langer Electric | | | | | |
| 58 | | | 2020-12-04 - Wire Transfer Report - Outgoing - $60,000 | | | | | |

| 59 | | | 2020-12-31 - 402168 - Living Water DDA - $60K & $220K payments DEC | | | | | |
| 60 | | | 2021-01-04 - 402168 - Wire Ticket - $75,000 - Langer Electric (Highlighted) | | | | | |
| 61 | | | 2021-01-04 - Wire - $75,000 - Langer Electric | | | | | |
| 62 | | | 2021-01-04 - Wire Transfer Report - Outgoing - $75,000 | | | | | |
| 63 | | | 2021-03-01 - Foreman Lumber Final Billing - $368,750 | X | | X | | 2/25/26 |
| 64 | | | 2021-03-10 - Langer Email of 150K Invoice to AL | | | | | |
| 65 | | | 2021-03-22 - Foreman Lumber Final Invoice - $569700 -571000 | X | | X | | 2/24/26 |
| 66 | | | 2021-05-04 - DDA 352080 - Wire Transfer from 402168 | | | | | |
| 67 | | | 2021-05-04 - DDA 402168 - Wire Transfer to 352080 | | | | | |
| 68 | | | 2021-05-13 - AL and CL text messages re $150,000 payment and return check | X | | X | | 2/26/26 |
| 69 | | | 2021-05-13 - Living Waters $571k Check to Foreman Lumber | | | | | |
| 70 | | | 2021-05-13 - Loan 43275 - Disbursement Request and Authorization | | | | | |
| 71 | | | 2021-05-13 - Loan 43276 - Disbursement Request and Authorization | | | | | |
| 72 | | | 2021-05-14 - DDA 402168 - $150,000 Cashiers Check to Langer Electric | | | | | |
| 73 | | | 2021-05-14 - DDA 402168 - SBA Interim Financing ($1,620,203) | X | | X | | 2/25/26 |
| 74 | | | 2021-05-14 - DDA 409424 - $150,000 Deposit | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 75 | | | 2021-05-14 - LW $150k Check to Langer Electric | X | | X | | 2/24/26 |
| 76 | | | 2021-05-19 - 352080 - $105,000 - Deposit - Langer Electic | | | | | |
| 77 | | | 2021-05-19 - DDA 352080 - $105,000 Deposit (Check & Deposit Slip Only) | X | | X | | 2/25/26 |
| 78 | | | 2021-05-19 - DDA 352080 - $105,000 Deposit | | | | | |
| 79 | | | 2021-05-19 - DDA 409424 - $105,000 Check to Luneke | X | | X | | 2/26/26 |
| 80 | | | 2021-05-27 - DDA 354784 - $149,900 EIDL Loan Payment | | | | | |
| 81 | | | 2021-06-08 - Foreman Lumber LOC 43400 - Business Loan Agreement | | | | | |
| 82 | | | 2021-06-08 - Foreman Lumber LOC 43400 - Promissory Note | | | | | |
| 83 | | | 2021-06-17 - DDA 352080 - $146,767 Check Clears (to Merle Pieper) | | | | | |
| 84 | | | 2021-06-18 - DDA 352080 - $65,000 Transfer from Living Waters | | | | | |
| 85 | | | 2021-06-18 - DDA 402168 - $65,000 Transfer to Luneke Personal DDA | | | | | |
| 86 | | | 2021-06-21 - DDA 352080 - $61,880 Check Clears (to Jerome Pieper) | | | | | |
| 87 | | | 2021-06-21 - Foreman Lumber - $200,000 Refund - Invoice #83362 | X | | X | | 2/25/26 |
| 88 | | | 2021-06-21 - Foreman Lumber - $200k Refund Check | X | | X | | 2/25/26 |
| 89 | | | 2021-06-21 - Foreman Lumber - Refunded $200,000 Credit Memo #83363 | | | | | |
| 90 | | | 2021-06-22 - DDA 269714 - $200,000 Check to Luneke | | | | | |

6

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 91 | | | 2021-06-22 - DDA 269714 - $313,000 Transfer from Loan 43400 | | | | | |
| 92 | | | 2021-06-22 - DDA 352080  - $200,000 Deposit | | | | | |
| 93 | | | 2021-06-22 - DDA 352080 - $60,000 Transfer from Living Waters | | | | | |
| 94 | | | 2021-06-22 - DDA 352080 - $125,000 Transfer to Living Waters | | | | | |
| 95 | | | 2021-06-22 - DDA 402168 - $60,000 Transfer to Luneke Personal DDA | | | | | |
| 96 | | | 2021-06-22 - DDA 402168 - $125,000 Transfer from Luneke | | | | | |
| 97 | | | 2021-06-22 - Loan 43400 - Business Activity Sheet - $313,000 Transfer | | | | | |
| 98 | | | 2021-06-30 - 352080 - Luneke DDA - $200,000 Deposit | | | | | |
| 99 | | | 2021-07-29 - DDA 352080 - $49,145.25 Misc Debit (Stock Purchase) | | | | | |
| 100 | | | BOV Presentation re Fraud | X | | X | | 2/24/26 |
| 101 | | | Foreman Lumber and Langer Electric Complete Monthly Statements | | | | | |
| 102 | | | Stearns Bank 2020-03-31 - Luneke BOV Account Statement - 03 MAR (2 pages) | | | | | |
| 103 | | | Stearns Bank 2021-04-20 - Proposal Letter (5 pages) | X | | X | | 2/25/26 |
| 104 | | | Stearns Bank AdminScan_000076f05d5c (6 pages) | X | | X | | 2/25/26 |
| 105 | | | Stearns Bank Balance Sheet (03-31-2021) (1 pages) | X | | X | | 2/25/26 |
| 106 | | | Stearns Bank Balance Sheet (03-2021) (1 page) | X | | X | | 2/25/26 |

7

| 107 | | | Stearns Bank Bil-Den Glass (Tunnel Glass) - $63,884 (2 pages) | | | | | |
| 108 | | | Stearns Bank Budget-Detailed Project Costs – None – (ID 9990089) | X | | X | | 2/25/26 |
| 109 | | | Stearns Bank Budget - Project costs  - None - (ID 9922526) (2 pages) | X | | X | | 2/25/26 |
| 110 | | | Stearns Bank Carwash pro-forma (2021) (8 pages) | X | | X | | 2/25/26 |
| 111 | | | Stearns Bank Checks and Invoices - Bil-Den Glass  - None - 6{2}19{2}2020 (ID 9931187) (2 pages) | X | | X | | 2/25/26 |
| 112 | | | Stearns Bank Checks and Invoices - Invoice for outstanding items  - None - 3{2}22{2}2021 (ID 9931161) (1 page) | X | | X | | 2/25/26 |
| 113 | | | Stearns Bank Checks and Invoices - Langer Electric  - None - 3{2}8{2}2021 (ID 9931186) (1 page) | X | | X | | 2/25/26 |
| 114 | | | Stearns Bank email response to questions | X | | X | | 2/25/26 |
| 115 | | | Stearns Bank Debt Schedule (1 page) | X | | X | | 2/25/26 |
| 116 | | | Stearns Bank Foreman Lumber ($569,700) (1 page) | | | | | |
| 117 | | | Stearns Bank Individual Certification (A. Luneke) | X | | X | | 2/25/26 |
| 118 | | | Stearns Bank Langer Electric - final billing ($150,000) | X | | X | | 2/24/26 |
| 119 | | | Stearns Bank PFS - A. Luneke (03-2021) | X | | X | | 2/25/26 |
| 120 | | | Stearns Bank Resume - Luneke | X | | X | | 2/25/26 |
| 121 | | | Stearn Bank AL&KY Emails & AL Calendar | X | | X | | 2/24/26 |
| 122 | | | FDIC Exam | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 123 | | | Bank of Valley Internal Investigation 256465 (John DuBray personal) | X | | X | | 2/24/26 |
| 124 | | | Bank of Valley Internal Investigation 352080 (Luneke personal) | X | | X | | 2/24/26 |
| 125 | | | Bank of Valley Internal Investigation 402168 (Living Waters RE, LLC) | X | | X | | 2/24/26 |
| 126 | | | Bank of Valley Internal Investigation 450233 SHINE EXPRESS WASH, LLC | X | | X | | 2/24/26 |
| 127 | | | BOTV_000768-BOTV_000768 | | | | | |
| 128 | | | BOV-00005799.1-Equity valuations | | | | | |
| 129 | | | 2020-03-05 - Fitcher Loan First Heritage Bank - LW RE loan | X | | X | | 2/25/26 |
| 130 | | | BOTV_002029-BOTV_002029 | | | | | |
| 131 | | | BOTV_002032-BOTV_002032 | | | | | |
| 132 | | | BOTV_002039-BOTV_002039 | | | | | |
| 133 | | | BOV-00005320.1-Foreman Lumber - 2020-12-15 | X | | X | | 2/26/26 |
| 134 | | | BOV-00005323.1-Foreman Lumber - 2020-08-26 | X | | X | | 2/26/26 |
| 135 | | | BOV-00005326.1-Foreman Lumber - 2020-09-08 | X | | X | | 2/26/26 |
| 136 | | | BOV-00005327.1-Foreman Lumber - 2020-10-10 | X | | X | | 2/26/26 |
| 137 | | | BOV-00005329.1-Foreman Lumber - 2021-02-01 | X | | X | | 2/26/26 |
| 138 | | | BOV-00005330.1-Foreman Lumber - 2021-03-01 | X | | X | | 2/26/26 |
| 139 | | | BOV-00005339.1-Promissory note | | | | | |
| 140 | | | AL_Calendar | X | | X | | 2/25/26 |
| 141 | | | Langer Electric Complete Monthly Statements | | | | | |

9

| 142 | | | Bank of the Valley FDIC Certification | X | | X | | 2/23/26 |
|---|---|---|---|---|---|---|---|---|
| 143 | | | Stearns Bank National Association FDIC Certification | X | | X | | 2/25/26 |
| 144 | | | Luneke Timeline-Worksheets | X | | X | | 2/26/26 |
| 145 | | | Financial Shenanigans (photo) | X | | X | | 2/26/26 |
| 146 | | | Luneke Desktop Carwash LPM 2020-02-19 (BOV-00005489) | | | | | |
| 147 | | | Summary - \aluneke\Desktop\Carwash\LPM\ folder contents | | | | | |
| 148 | | | 03-04-2022 Aaron Luneke Wire Out | X | | X | | 2/24/26 |
| 149 | | | March 2022 $6500 Transfer Summary Exhibit | X | | X | | 2/24/26 |
| 150 | | | Recording of April 4, 2023 Aaron Luneke Interview | X | | X | | 3/2/26 |
| 151 | | | Clip 1: Loan drawn for payment | | | | | |
| 152 | | | Clip 2: $105k electrial work for Langer | | | | | |
| 153 | | | Clip 3: $200k from Foreman | | | | | |
| 154 | | | Clip 4: Did not ask for increased invoices | | | | | |
| 155 | | | Email to attorney re: Luneke Trust | X | | X | | 2/25/26 |
| 156 | | | Langer Electric Estimate | X | | X | | 2/26/26 |
| 157 | | | C.Foreman nonprosecution agreement | X | | X | | 2/26/26 |
| 158 | | | Silver bar | X | | X | | 2/26/26 |
| 159 | | | Timeline | X | | X | | 3/2/26 |
| 160 | | | Email | | | | | |
| 161 | | | Email Luneke to Langan | X | | X | | 3/2/26 |
| 162 | | | | | | | | |
| 163 | | | | | | | | |
| 164 | | | | | | | | |
| 165 | | | Email dated 6/29/22 Morris/Bonk | X | | X | | 3/2/26 |
| 166 | | | | | | | | |
| 167 | | | Luneke Computer Directory | X | | X | | 3/2/26 |
| 168 | | | Email Luneke to Morris/Pieper | X | | X | | 3/3/26 |
| 169 | | | 2020 Tax Return Heritage | X | | X | | 3/3/26 |
| 170 | | | May 14 email Luneke to Morris | X | | X | | 3/3/26 |
| 171 | | | Emails re: Tax Form 1098 | X | | X | | 3/3/26 |
| 172 | | | Tax return | X | | X | | 3/5/26 |
| 173 | | | Email Luneke to Langan | X | | X | | 3/4/26 |
| 174 | | | Photo of Jeep giveaway winners | X | | X | | 3/3/26 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 175 | | | | | | | | | |
| 176 | | | Luneke notes | X | | X | | | 3/5/26 |
| 177 | | | | | | | | | |
| 178 | | | | | | | | | |
| 179 | | | Email Luneke to Fichter | X | | X | | | 3/4/26 |
| 180 | | | Email A. Luneke to E. Luneke | X | | X | | | 3/4/26 |
| 181 | | | | | | | | | |
| 182 | | | Operating Agreement Heritage Equity | X | | X | | | 3/4/26 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 301. | | Certificate of Beneficial Owners (signatures) listing Fichter (60%), and Luneke (40%) (dated 04/03/2020) | | | | | |
| | 302. | | Commercial Guaranty - signed by Fichter only (Luneke was removed as part of the FDIC Exam directive to Bank of the Valley) (loan# 40580) | | | | | |
| | 303. | | Commercial Guaranty - signed by Luneke only (Luneke was removed as part of the FDIC Exam directive to Bank of the Valley) (loan# 40580) | | | | | |
| | 304. | | Credit Application - Living Waters RE, LLC ($2.1MM loan) (loan# 40580) (no date) | | | | | |
| | 305. | | Deed of Trust ($2.1MM) (loan# 40580) dated 04/03/2020 - Notarized by Galen Kehrli | | | | | |
| | 306. | | Disbursement Request and Authorization ($2.1MM) (loan# 40580) dated 04/03/2020 | | | | | |
| | 307. | | Errors and Omissions Agreement (loan# 40580) dated 04/03/2020 | | | | | |
| | 308. | | Limited Liability Company Resolution to Borrow and Grant Collateral / Subordinate Debt (loan 40580) dated 04/03/2020 | | | | | |
| | 309. | | Loan Checklist (loan# 40580) | | | | | |

11

| | 310. | | Notice of Commencement (dated 04/03/2020) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 311. | | Promissory Note $2.1MM (loan# 40580) (dated 04/03/2020) | | | | | |
| | 312. | | Automatic Transfer Authorization (07/03/2020 - 04/03/2021) Loan# 40580 | | | | | |
| | 313. | | Change in Terms Agreement (loan# 40580) dated 04/03/2020 )$2.1MM | | | | | |
| | 314. | | Credit Application - Living Waters RE, LLC ($2.1MM loan) (loan# 40580) (Marked as Paid-off - 05/14/2021) | | | | | |
| | 315. | | Living Waters RE, LLC Business Activity Statement - $2.1MM loan #0580, 5.00% | | | | | |
| | 316. | | Living Waters RE, LLC Account Inquiry report from Jack Henry (loan# 40580, dated 07/13/2022 | | | | | |
| | 317. | | Maintenance History report (Living Waters RE, LLC) dated 07/13/2022 | | | | | |
| | 318. | | Notice to Borrower not in Special Flood Hazard Area (no loan #) dated 09/25/2020 | | | | | |
| | 319. | | Department of Homeland Security FEMA Standard Flood Hazard Determination Form (SFHDF) (dated 09/25/2020) | | | | | |
| | 320. | | Platte County Assessor - Living Waters RE, LLC parcel report (parcel# 710116795) dated 09/25/2020) | | | | | |
| | 321. | | Boarding Data Sheet (loan # 41508) $375,000 | | | | | |
| | 322. | | Business Loan Agreement (loan# 41508) $375,000 dated 09/28/2020 by Luneke and Fichter | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 323. | | Certificate of Beneficial Owners - Living Waters RE, LLC (signatures) listing Fichter (60%), and Luneke (40%) (dated 09/28/2020) | | | | | |
| | 324. | | Commercial Guaranty - signed by Fichter only (Luneke was removed as part of the FDIC Exam directive to Bank of the Valley) (loan# 41508) | | | | | |
| | 325. | | Commercial Guaranty - signed by Luneke only (Luneke was removed as part of the FDIC Exam directive to Bank of the Valley) (loan# 41508) | | | | | |
| | 326. | | Commercial Security Agreement (loan# 41508) $375,000, dated 09/28/2020 | | | | | |
| | 327. | | Credit Application - Living Waters RE, LLC ($375,000) (no date) | | | | | |
| | 328. | | Disbursement Request and Authorization ($2.1MM) (loan# 41508) dated 04/03/2021 | | | | | |
| | 329. | | Errors and Omissions Agreement (loan# 41508) dated 09/28/2020 | | | | | |
| | 330. | | Limited Liability Company Resolution to Borrow and Grant Collateral / Subordinate Debt (loan 41508) dated 09/28/2020 | | | | | |
| | 331. | | Loan Checklist (loan# 41508) | | | | | |
| | 332. | | Loan Onboarding sheet (loan# 41508) dated 10/16/2020 | | | | | |
| | 333. | | Promissory Note $375,000 (loan# 41508) (dated 09/28/2020) | | | | | |
| | 334. | | Change in Terms Agreement (loan# 41508) dated 09/28/2020 )$375,000 | | | | | |

13

| | 335. | | Credit Application - Living Waters RE, LLC ($375,000) (no date) - extend maturity date to 07/01/2021 | | | | | |
| | 336. | | Business Activity Statement - Living Waters RE, LLC (loan **1508) ($375,000) report ran on 06/29/2022 | | | | | |
| | 337. | | Account Inquiry report - Living Waters RE, LLC (loan# 41508) Jack Henry report (report ran on 07/13/2022) | | | | | |
| | 338. | | Maintenance History report (Living Waters RE, LLC - loan# 45108) dated 07/13/2022 | | | | | |
| | 339. | | Amortization Schedule (loan# 42065) $225,000 (dated 01/26/2021) | | | | | |
| | 340. | | Boarding Data Sheet (loan # 42065) $225,000 | | | | | |
| | 341. | | Certificate of Beneficial Owners - Living Waters RE, LLC (loan# 42065) (signatures) listing Fichter (60%), and Luneke (40%) (dated 01/26/2021) | | | | | |
| | 342. | | Commercial Guaranty - signed by Fichter only (Luneke was removed as part of the FDIC Exam directive to Bank of the Valley) (loan# 42065) | | | | | |
| | 343. | | Commercial Guaranty - signed by Luneke only (Luneke was removed as part of the FDIC Exam directive to Bank of the Valley) (loan# 42065) | | | | | |
| | 344. | | Commercial Security Agreement (loan# 42065) $225,000, dated 01/26/2021 | | | | | |
| | 345. | | Credit Application - Living Waters RE, LLC ($225,000) (no date) | | | | | |

14

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 346. | | Disbursement Request and Authorization ($225,000) (loan# 42065) dated 01/26/2021 | | | | | |
| 347. | | Errors and Omissions Agreement (loan# 42065) dated 01/26/2021 | | | | | |
| 348. | | Limited Liability Company Resolution to Borrow and Grant Collateral / Subordinate Debt (loan 42065) dated 01/26/2021 | | | | | |
| 349. | | Loan Checklist (loan# 42065) | | | | | |
| 350. | | Loan Onboarding sheet (loan# 42065) no date | | | | | |
| 351. | | Promissory Note $375,000 (loan# 42065) (dated 01/26/202 | | | | | |
| 352. | | Business Activity Statement - Living Waters RE, LLC (loan **2065) ($225,000) report ran on 06/29/2022 | | | | | |
| 353. | | Account Inquiry report - Living Waters RE, LLC (loan# 42065) Jack Henry report (report ran on 07/13/2022) | | | | | |
| 354. | | Maintenance History report (Living Waters RE, LLC - loan# 42065) dated 07/13/2022 | | | | | |
| 355. | | Amortization Schedule (loan# 43275) $3,900,000 (dated 05/13/2021) | | | | | |
| 356. | | Boarding Data Sheet (loan # 43275) $3,900,000 | | | | | |
| 357. | | Business Loan Agreement (loan# 43276) $3,900,000 dated 05/13/2021 by Luneke and Fichter | | | | | |
| 358. | | Certificate of Beneficial Owners - Living Waters RE, LLC (loan# 43275) (signatures) listing Fichter (60%), and Luneke (40%) (dated 05/13/2021) | | | | | |

15

| | 359. | | Commercial Guaranty - signed by Fichter only (Luneke was removed as part of the FDIC Exam directive to Bank of the Valley) (loan# 43275) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 360. | | Commercial Security Agreement (loan# 43275) $3,900,000, dated 05/13/2021 | | | | | |
| | 361. | | Credit Application - Living Waters RE, LLC ($3,900,000) (no date) | | | | | |
| | 362. | | Disbursement Request and Authorization ($3,900,000) (loan# 43275) dated 05/13/2021 | | | | | |
| | 363. | | Errors and Omissions Agreement (loan# 43275) dated 05/13/2021 | | | | | |
| | 364. | | Limited Liability Company Resolution to Borrow and Grant Collateral / Subordinate Debt (loan 43275) dated 05/13/2021 | | | | | |
| | 365. | | Loan Checklist (loan# 43275) | | | | | |
| | 366. | | Promissory Note $3,900,000 (loan# 43275) (dated 05/13/2021) | | | | | |
| | 367. | | Change in Terms Agreement (maturity date extended to 03/01/2022) - scanned 12/01/2021 | | | | | |
| | 368. | | Credit Application - Living Waters RE, LLC ($3,900,000) (12/01/2021) | | | | | |
| | 369. | | Change in Terms Agreement (maturity date extended to 06/01/2022) - no date | | | | | |
| | 370. | | Change in Terms Agreement (maturity date extended to 06/01/2022) - no date | | | | | |
| | 371. | | Credit Application - Living Waters RE, LLC ($3,900,000) - no date | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 372. | | Adverse Action Notice (loan# 43275) - dated 06/02/2022 (signed by Jason Lavicky | | | | | |
| 373. | | Business Activity Statement - Living Waters RE, LLC (loan **3275) ($3,900,000) report ran on 06/29/2022 | | | | | |
| 374. | | Account Inquiry report - Living Waters RE, LLC (loan# 43275) Jack Henry report (report ran on 07/13/2022) | | | | | |
| 375. | | Maintenance History report (Living Waters RE, LLC - loan# 43275) dated 07/13/2022 | | | | | |
| 376. | | Amortization Schedule (loan# 43276) $420,000 (dated 05/13/2021) | | | | | |
| 377. | | Boarding Data Sheet (loan # 43276) $420,000 | | | | | |
| 378. | | Commercial Guaranty - signed by Fichter only (Luneke was removed as part of the FDIC Exam directive to Bank of the Valley) (loan# 43276) | | | | | |
| 379. | | Commercial Security Agreement (loan# 43276) $420,000, dated 05/13/2021 | | | | | |
| 380. | | Credit Application - Living Waters RE, LLC ($420,000) - no date | | | | | |
| 381. | | Disbursement Request and Authorization ($420,000) (loan# 43276) dated 05/13/2021 | | | | | |
| 382. | | Errors and Omissions Agreement (loan# 43276) dated 05/13/2021 | | | | | |
| 383. | | Limited Liability Company Resolution to Borrow and Grant Collateral / Subordinate Debt (loan 43276) dated 05/13/2021 | | | | | |

17

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 384. | | Loan Checklist (loan# 43276) | | | | | |
| | 385. | | Promissory Note $420,000 (loan# 43276) (dated 05/13/2021) | | X | | X | 2/26/26 |
| | 386. | | Change in Terms Agreement (maturity date extended to 03/01/2022) | | | | | |
| | 387. | | Credit Application - Living Waters RE, LLC ($420,000) - no date | | | | | |
| | 388. | | Change in Terms Agreement (maturity date extended to 06/01/2022) | | | | | |
| | 389. | | Credit Application - Living Waters RE, LLC ($420,000) - no date | | | | | |
| | 390. | | Adverse Action Notice (loan# 43276) - dated 06/02/2022 (signed by Jason Lavicky) | | X | | X | 2/26/26 |
| | 391. | | Business Activity Statement - Living Waters RE, LLC (loan **3276) ($420,000) report ran on 06/29/2022 | | | | | |
| | 392. | | Account Inquiry report - Living Waters RE, LLC (loan# 43276) Jack Henry report (report ran on 07/13/2022) | | | | | |
| | 393. | | Maintenance History report (Living Waters RE, LLC - loan# 43276) dated 07/13/2022 | | | | | |
| | 394. | | **TAB A** 2020-02 Citi Bank Statements to 2023-01 Citi Statements | | | | | |
| | 395. | | **TAB B** Citi Bank Credit Card Receipts | | | | | |
| | 396. | | **TAB C** Chase Bank Statements-6988-2020-01-28- to 2021-12-28-statements-6988- | | | | | |

| | 397. | | **TAB D** Chase Bank Credit Card Receipts | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 398. | | **TAB E** Cabela's Credit Card Statements_04-2020_3351 to 06-2020_3351 | | | | | |
| | 399. | | **TAB F** US Bank Statements 2020-01-22 to 2022-12-22 | | | | | |
| | 400. | | **TAB G** US BANK RECEIPTS | | | | | |
| | 401. | | **TAB H** AMEX Bank Statements 2020-05-20 to 2022-12-20 | | | | | |
| | 402. | | **TAB I** Dultmeier Receipts | | | | | |
| | 403. | | Receipt from Midwest Salt Supply | | | | | |
| | 404. | | Receipt from Lawn Care For Less | | | | | |
| | 405. | | FDIC Report of Examination | | | | | |
| | 406. | | Loan Presentation Memorandum 1 | | | | | |
| | 407. | | Loan Presentation Memorandum 2 | | | | | |
| | 408. | | Loan Presentation Memorandum 3 | | | | | |
| | 409. | | Loan Presentation Memorandum 5 | | | | | |
| | 410. | | Bank of the Valley Account Information – Living Waters RE DDA | | | | | |
| | 411. | | Consent in Lieu of a Special Meeting for Living Waters RE, LLC (dated 02/10/2020)-signed by Aaron Luneke & N. Fichter | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 412. | | Certificate to Beneficial Ownership | | | | |
| | 413. | | IRS – EIN Assignment Letter | | | | |
| | 414. | | Living Waters RE, LLC – Operating Agreement (signed) (dated 02/10/2020) | | | | |
| | 415. | | Living Waters RE, LLC - Balance Sheet (dated 12/31/20) | | | | |
| | 416. | | Living Waters P & L (February-December 2020) <$147k> | | | | |
| | 417. | | Living Waters RE, LLC – Balance Sheet (dated 03/30/21) | | | | |
| | 418. | | Living Waters P & L (January-March2021) $87k | | | | |
| | 419. | | Living Waters RE P &L (January 1-June 24, 2021) | | | | |
| | 420. | | Living Waters RE, LLC – Balance Sheet (dated 12/31/21) | | | | |
| | 421. | | Living Waters RE P &L (01/01-12/31/2021) | | | | |
| | 422. | | Living Waters RE – Balance Sheet (11/24/21) | | | | |
| | 423. | | Living Waters RE, LLC - Balance Sheet (dated 03/24/2022) | | | | |
| | 424. | Loan Request | | | | | |
| | 425. | Certificate of Beneficial Ownership 1 | | | | | |
| | 426. | Certificate of Beneficial Ownership 2 | | | | | |
| | 427. | Short Form Loan Request September 13, 2023 | | | | | |
| | 428. | Email Luneke to Clements re: Financials through May 31, 2024 | | | | | |
| | 429. | 2020 Living Waters Tax Return | X | | X | | 3/3/26 |
| | 430. | 2020 Living Waters Amended Tax Return | X | | X | | 3/3/26 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 431. | John Hancock 401k withdrawal $15,665 | | | | | | |
| | 432. | John Hancock 401k withdrawal $13,000 | | | | | | |
| | 433. | MIB Loan Agreement | | | | | | |
| | 434. | MIB Promissory Note | | | | | | |
| | 435. | MIB Commercial Security Agreement | | | | | | |
| | 436. | MIB Statement of Purpose for Extension of Credit | | | | | | |
| | 437. | MIB Disbursement Authorization | | | | | | |
| | 438. | MIB Bank Master Services Agreement | | | | | | |
| | 439. | MIB International Service Agreement | | | | | | |
| | 440. | MIB Wire Transfer Agreement | | | | | | |
| | 441. | Letter Baird Holm to Luneke re: Stock July 8, 2022 | | | | | | |
| | 442. | Text Messages Luneke and Lavicky, May 11, 20022 to August 9, 2022 | | | | | | |
| | 443. | Text Messages Luneke and Lavicky, September 22, 20022 to April 7, 2023 | | | | | | |
| | 444. | Email dated 9/21/2020 | | | | | | |
| | 445. | Email dated 5/20/21 | | | | | | |
| | 446. | Email dated 6/8/21 | | | | | | |
| | 447. | Email dated 9/21/20 – Eli to Lavicky, | | | | | | |
| | 448. | Email dated 6/20/21 | | | | | | |
| | 449. | Email dated 7/20/21 | X | | X | | 2/24/26 |
| | 450. | Email dated 12/14/21 | X | | X | | 2/24/26 |
| | 451. | Current Membership Value | X | | X | | 2/24/26 |
| | 452. | Sales Overview v2 | X | | X | | 2/24/26 |
| | 453. | Email dated 5/27/22 | | | | | | |
| | 454. | Outgoing Wire Request 3/22/22 | | | | | | |
| | 455. | Email dated 5/27/22 | | | | | | |
| | 456. | Celtic Bank letter dated 6/29/22 | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 457. | Text Messages dated 12/22/21 | | | | | |
| 458. | Text Messages dated 2/3/22 | | | | | |
| 459. | Text Messages dated 3/31/22 | | | | | |
| 460. | Professional Summary | | | | | |
| 461. | Job Performance Evaluation Form Exempt Positions | | | | | |
| 462. | BOTV outgoing wire request dated 3/4/22 | | | | | |
| 463. | MIB Outgoing Wire Basic Information Sheet | | | | | |
| 464. | Celtic Bank letter dated 6/29/22 | | | | | |
| 465. | Email dated 6/29/22 | X | H | X | | 3/2/26 |
| 466. | Heritage Equity Letter dated 5/12/22 regarding inquiry dated 11/20/20 | X | H | X | | 3/2/26 |
| 467. | Powerpoint Presentation 1 | | | | | |
| 468. | Powerpoint Presentation 2 | | | | | |
| 469. | Beard-Warren invoice | | | | | |
| 470. | Black Cat Invoice | | | | | |
| 471. | Black Cat2 Invoice | | | | | |
| 472. | Black Cat3 Invoice | | | | | |
| 473. | Black Cat4 Invoice | | | | | |
| 474. | CCG Roofing Invoice | | | | | |
| 475. | Doernerman Construction | | | | | |
| 476. | Doernerman Construction 2 Invoice | | | | | |
| 477. | Foreman Lumber invoice dated 5/7/20 | | | | | |
| 478. | Foreman Lumber2 invoice dated dated 9/8/20 – Marked paid 9-24 | | | | | |
| 479. | Foreman Lumber3 invoice dated 9-8-20 | | | | | |
| 480. | Foreman Lumber4 invoice dated 8/26/20 | | | | | |
| 481. | Foreman Lumber5 Invoice | | | | | |

22

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 482. | Foreman Lumber6 Invoice dated 11/9/20 | | | | | |
| | 483. | Foreman Lumber7 Invoice dated 12-15-2020 | | | | | |
| | 484. | Foreman Lumber8 Invoice | | | | | |
| | 485. | Foreman Lumber9 Invoice dated 2-4-2021 | | | | | |
| | 486. | Foreman Lumber10 Invoice dated | | | | | |
| | 487. | Foreman Lumber11 Invoice dated 3-1-2021 | | | | | |
| | 488. | Foreman Lumber12 invoice dated 3-22-2021 | | | | | |
| | 489. | Foreman Lumber Customer QuickReport<br><br>All transactions | | | | | |
| | 490. | G Roofing and Siding Invoice dated 10/23/2020 | | | | | |
| | 491. | Gehring Construction Invoice dated 1-8-2021 | | | | | |
| | 492. | GH Construction invoice dated 12/10/2020 | | | | | |
| | 493. | GH Construction invoice dated 12/10/2020 - Marked | | | | | |
| | 494. | Gilmore and Associates Invoice dated 10/31/2020 | | | | | |
| | 495. | Gilmore and Associates invoice dated 07/30/2020 | | | | | |
| | 496. | Gilmore and Associates Invoice dated 01/25/2021 | | | | | |
| | 497. | HVAC work | | | | | |
| | 498. | Koch Excavating Invoice 1 | | | | | |
| | 499. | Koch Excavating Invoice 2 | | | | | |
| | 500. | Langer Electric Invoice dated 09/02/2020 | | | | | |

23

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 501. | Langer Electric Invoice dated 11/10/2020 | | | | | |
| | 502. | Langer Electric Invoice dated 11/22/2020 | | | | | |
| | 503. | Locvi Construction & Fabrication LLC Invoice dated 05/08/2020 | | | | | |
| | 504. | Locvi Construction & Fabrication LLC Invoice dated 11/19/2020 | | | | | |
| | 505. | Locvi Construction & Fabrication LLC Invoice dated 10/19/2020 | | | | | |
| | 506. | Locvi Construction & Fabrication LLC Invoice dated 08/18/2020 | | | | | |
| | 507. | Masterbrand Cabinets Invoice dated 11/04/2020 | | | | | |
| | 508. | Mueller Schoepf Drywall Invoice dated 09/28/2020 | | | | | |
| | 509. | Mueller Schoepf Drywall Invoice dated 10/23/2020 | | | | | |
| | 510. | Mueller Schoepf Drywall Invoice dated 11/25/2020 | | | | | |
| | 511. | Mueller Schoepf Drywall Invoice dated 12/17/2020 | | | | | |
| | 512. | Mueller Schoepf Drywall Invoice dated 10/23/2020 - Marked | | | | | |
| | 513. | Mueller Schoepf Drywall Invoice dated 09/28/2020 - Marked | | | | | |
| | 514. | Mueller Schoepf Drywall Invoice dated 11/25/2020 - Marked | | | | | |
| | 515. | Mueller Schoepf Drywall Monthly Billing Form dated 12/17/2020 | | | | | |
| | 516. | Mueller Sprinkler Invoice dated 12/15/2020 | | | | | |
| | 517. | Mueller Sprinkler Invoice # 2 dated 12/15/2020 | | | | | |
| | 518. | Mueller Sprinkler Invoice dated 12/15/2020 - Marked | | | | | |

24

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 519. | Mueller Sprinkler Invoice # 2 dated 12/15/2020 - Marked | | | | | |
| | 520. | Obrist Plumbing Invoice # 8154 | | | | | |
| | 521. | Obrist Plumbing Invoice # 8267 | | | | | |
| | 522. | Obrist Plumbing Invoice # 8407 | | | | | |
| | 523. | Obrist Plumbing Invoice # 8762 | | | | | |
| | 524. | Obrist Plumbing Invoice # 8769 | | | | | |
| | 525. | Obrist Plumbing Invoice # 8267  - Marked | | | | | |
| | 526. | Obrist Plumbing Invoice # 8407 – Marked | | | | | |
| | 527. | Obrist Plumbing Invoice # 8154 - Marked | | | | | |
| | 528. | Obrist Plumbing Invoice # 8769 – Marked | | | | | |
| | 529. | Obrist Plumbing dated 02/12/2021 | | | | | |
| | 530. | Beard-Warren Heating & Air Conditioning, Inc Invoice dated 3/1/2021 | | | | | |
| | 531. | Foreman Lumber invoice dated 3-22-2021 | | | | | |
| | 532. | Platte Valley Precast invoice dated 1/13/2021 | | | | | |
| | 533. | Platte Valley Precast invoice dated 9/7/2020 | | | | | |
| | 534. | Platte Valley Precast invoice dated 9/7/2020 – Marked | | | | | |
| | 535. | Platte Valley Precast invoice dated 1/13/2021 – Marked | | | | | |
| | 536. | Schreiber Brothers Inc Invoice dated 12/28/2020 | | | | | |
| | 537. | Schreiber Brothers Inc Invoice dated 10/9/2020 | | | | | |
| | 538. | Schreiber Brothers Inc Invoice dated 12/28/2020 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 539. | Schreiber Brothers Inc Invoice dated 10/09/2020 | | | | | |
| | 540. | Sunbelt rentals invoice dated 10/05/2020 | | | | | |
| | 541. | TC Ceilings invoice dated 12/31/2020 | | | | | |
| | 542. | TC Ceilings invoice dated 12/31/2020 | | | | | |
| | 543. | Walker Foundations Invoice dated 08/24/2020 | | | | | |
| | 544. | Foreman Lumber invoice dated 9/8/2020 | | | | | |
| | 545. | Atlas Steel Erection | | | | | |
| | 546. | Bierman Contracting | | | | | |
| | 547. | Bil-Den Glass | | | | | |
| | 548. | Bil-Den Glass2 | | | | | |
| | 549. | Cabinents | | | | | |
| | 550. | Cabinents2 | | | | | |
| | 551. | CCG Roofing | | | | | |
| | 552. | CCG Roofing2 | | | | | |
| | 553. | Dallman Drywall | | | | | |
| | 554. | Doerneman Construction | | | | | |
| | 555. | Dohmen Garage Door | | | | | |
| | 556. | GH Construction | | | | | |
| | 557. | GH Construction2 | | | | | |
| | 558. | GH Construction3 | | | | | |
| | 559. | Langer Electric | | | | | |
| | 560. | MO Door products | | | | | |
| | 561. | Noswett Fencing | | | | | |
| | 562. | Overhead Door | | | | | |
| | 563. | Obrist Plumbing | | | | | |
| | 564. | Pivot Cabinents | | | | | |
| | 565. | Schreiber Brothers | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 566. | Sonnys Direct | | | | | |
| | 567. | Spelts Schultz Countertops | | | | | |
| | 568. | Sunbelt Rentals | | | | | |
| | 569. | Sunbelt Rentals2 | | | | | |
| | 570. | Tucker Masonry | | | | | |
| | 571. | Langer Electric Co. Inc Estimate 05/20/2020 | | | | | |
| | 572. | Langer Electric Co. Inc Invoice 08/18/2020 | | | | | |
| | 573. | Langer Electric Co. Inc Invoice 11/10/2020 | | | | | |
| | 574. | Langer Electric Co. Inc Invoice 11/22/2020 | | | | | |
| | 575. | Langer Electric Co. Inc Estimate 11/29/2020 | | | | | |
| | 576. | Langer Electric Co. Inc Invoice 09/08/2021 | | | | | |
| | 577. | Langer Electric Co. Inc Invoice 06/16/2021 | | | | | |
| | 578. | Carwash Advisory Website | | | | | |
| | 579. | Market Research and Proforma | | | | | |
| | 580. | Sonny's Carwash Blueprints | x | | x | | 2/26/26 |
| | 581. | Photo - Concrete - Plumbing & Footing pours | | | | | |
| | 582. | Photo - Concrete - Footing wall pour | | | | | |
| | 583. | Photo - Plumbing - Cleanout pipe | | | | | |
| | 584. | Photo - Electrical - Conduit placement | | | | | |
| | 585. | Photo - Construction - Anchor bolt misalignment | X | | X | | 3/4/26 |
| | 586. | Photo - Construction - Anchor bolt sheared off | | | | | |
| | 587. | Photo - Steel - Vertical construction (early phase) | X | | X | | 3/4/26 |
| | 588. | Photo - Steel erection - Steel delivery | | | | | |

27

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 589. | Photo - Steel erection - Steel delivery and prep work | X | | X | | 3/4/26 |
| | 590. | Photo - Steel erection - vertical construction | | | | | |
| | 591. | Photo - Steel erection - Vertical erection (#2) | X | | X | | 3/4/26 |
| | 592. | Photo - Wiring - Temp power pole | | | | | |
| | 593. | Photo - Equipment - Delivery from Sonny's | X | | X | | 3/4/26 |
| | 594. | Photo - Equipment - Delivery trucks & storage Connexes | X | | X | | 3/4/26 |
| | 595. | Photo - Equipment – Delivery | X | | X | | 3/4/26 |
| | 596. | Photo - Steel erection - Vertical construction (#3) | | | | | |
| | 597. | Photo - Steel erection | | | | | |
| | 598. | Photo - Concrete - Equipment room pour - and in-ground sleeves | | | | | |
| | 599. | Photo - Steel erection - vertical construction (#4) | | | | | |
| | 600. | Photo - Concrete - Tunnel floor (grade error per Architects prints) - repoured | X | | X | | 3/4/26 |
| | 601. | Photo - Concrete - tunnel repour | X | | X | | 3/4/26 |
| | 602. | Photo - Concrete - old tunnel floor ($25k) | X | | X | | 3/4/26 |
| | 603. | Photo - Equipment - Buff & Shine | | | | | |
| | 604. | Photo - Construction – Bulldozer | | | | | |
| | 605. | Photo - Construction - Steel studs for walls | | | | | |
| | 606. | Photo - Construction - aluminum studs for walls | | | | | |
| | 607. | Photo - Construction - Aluminum wall studding | | | | | |
| | 608. | Photo - Roof & Siding - TPO components | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 609. | Photo - Roofing & Siding - Roof components | | | | | |
| | 610. | Photo - Roof & Siding - Poly panel install | X | | X | | 3/4/26 |
| | 611. | Photo - Roof & Siding - Poly panel (main tunnel) | | | | | |
| | 612. | Photo - Roof & Siding - Poly panel complete (main tunnel) | | | | | |
| | 613. | Photo - Construction - Trench drain issue | | | | | |
| | 614. | Photo - Construction - Aluminum wall framing | | | | | |
| | 615. | Photo - Construction - Sheetrock (entrance) | X | | X | | 3/4/26 |
| | 616. | Photo - Construction - Walls and roof complete | | | | | |
| | 617. | Photo - Construction - Sheetrock (west side of building | X | | X | | 3/4/26 |
| | 618. | Photo - Construction - Sheetrock (south end of tunnel) | | | | | |
| | 619. | Photo - Tunnel - Floor epoxy prep (Schreiber Bros.) | | | | | |
| | 620. | Photo - Plumbing - Inground tank arrival | | | | | |
| | 621. | Photo - Plumbing - Concrete tank install (#1) | | | | | |
| | 622. | Photo - Plumbing - Inground tank install (#2) | | | | | |
| | 623. | Photo - Plumbing - Holding tanks installed | X | | X | | 3/4/26 |
| | 624. | Photo - Construction - security lighting issue | | | | | |
| | 625. | Photo - Wiring - TCU power need | | | | | |
| | 626. | Photo - Construction - wifi hotspot for camera systems | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 627. | Photo - Concrete - Fine grade prior to parking lot pour | | | | |
| | 628. | Photo - Tunnel - Epoxy Floor covering complete | | | | |
| | 629. | Photo - Paystation Grade review & Conduit placement | X | | X | | 3/4/26 |
| | 630. | Photo - Insulation - Equipment room | | | | |
| | 631. | Photo - Construction - Vinyl wall (Equipment room) | | | | |
| | 632. | Photo - Construction - pre-install of interior vinyl | | | | |
| | 633. | Photo - Electrical - Connex security lights and camera pole | | | | |
| | 634. | Photo - Construction - Forklift operation (JErry) | | | | |
| | 635. | Photo - Construction - Vinyl commonwall & Insulation for full tunnel | | | | |
| | 636. | Photo - Construction - Vinyl common wall & Tunnel insulation | | | | |
| | 637. | Photo - Construction - Vinyl commonwall & Tunnel insulation (#2) | X | | X | | 3/4/26 |
| | 638. | Photo - Concrete - South lot & siding delivery | | | | |
| | 639. | Photo - Tunnel - Poly entrance door installed | | | | |
| | 640. | Photo - Construction - Interior wall insulation & vinyl siding install | X | | X | | 3/4/26 |
| | 641. | Photo - Equipment - STI Conveyor #1 | X | | X | | 3/4/26 |
| | 642. | Photo - Equipment - STI Conveyor #2 | X | | X | | 3/4/26 |
| | 643. | Photo - Concrete - Pump truck footing | | | | |
| | 644. | Photo - HVAC - Inground heating (Exit) | X | | X | | 3/4/26 |
| | 645. | Photo - Concrete - Parking lot pour | | | | |
| | 646. | Photo - Construction - Vinyl Wall install (Nick Davis) | X | | X | | 3/4/26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 647. | Photo - Construction - Wall supports for firedoor mounts | | | | |
| | 648. | Photo - Construction - Office & Tunnel commonwall | | | | |
| | 649. | Photo - Electrical - South lightpole between lanes 2 & 3 | | | | |
| | 650. | Photo - Construction - Interior vinyl by celestial windows | X | X | | 3/4/26 |
| | 651. | Photo - Electrical - snapped pipe for lightpole base | | | | |
| | 652. | Photo - Electrical - Gear delivery | | | | |
| | 653. | Photo - Steel siding installation (CCG) | | | | |
| | 654. | Photo - Construction - Vinyl siding (tunnel entry) | | | | |
| | 655. | Photo - Vinyl wall installation (Nick) | X | X | | 3/4/26 |
| | 656. | Photo - Electrical - Main service panel | | | | |
| | 657. | Photo - Boiler Unit review | | | | |
| | 658. | Photo - Electrical - Security lighting (Parking lot) (Aaron) | X | X | | 3/4/26 |
| | 659. | Photo - Floor finish selection (Lobby, office, breakroom and hallway) | | | | |
| | 660. | Photo - Electrical - Emergency Disconnect switches (14 units) | X | X | | 3/4/26 |
| | 661. | Photo - Electrical - Emergency disconnects (9 units) | X | X | | 3/4/26 |
| | 662. | Photo - Equipment - light wall testing | | | | |
| | 663. | Photo - Electrical - Phoenix connectors (Tunnel controller wiring) | | | | |
| | 664. | Photo - Electrical - Pantron control box) (Aaron) | X | X | | 3/4/26 |
| | 665. | Photo - Electrical - Pantron control box testing) (Aaron) | | | | |
| | 666. | #96.) Equipment - Rockers & Top brush | X | X | | 3/4/26 |

31

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 667. | Photo - Firemarshall (Exit sign installation confirmation - North end) | | | | | |
| | 668. | Photo - Equipment - Wraps & Rockers | | | | | |
| | 669. | Photo - Equipment - Omni & Wraps | X | | X | | 3/4/26 |
| | 670. | Photo - Equipment - Wheel blaster assembly | | | | | |
| | 671. | Photo - Equipment - Dryer unit inspection | | | | | |
| | 672. | Photo - Equipment - Mitter basket | | | | | |
| | 673. | Photo - Tunnel - Buff N Shine (#1) | | | | | |
| | 674. | Photo - Tunnel - Buff N Shine (#2) | | | | | |
| | 675. | Photo - Tunnel - Dryer wiring cover | | | | | |
| | 676. | Photo - Building - Paystation installation | | | | | |
| | 677. | Photo - Building - Paystation placement | | | | | |
| | 678. | Photo - Wiring - Paystations (Aaron) | X | | X | | 3/4/26 |
| | 679. | Photo - Wiring - Paystation installation, assembly & programming (Aaron) | X | | X | | 3/4/26 |
| | 680. | Photo - Tunnel - Exit door, tire shine, heater | | | | | |
| | 681. | Photo - Tunnel - Lightwall, lighting, vinyl wall, Exhaust fans | X | | X | | 3/4/26 |
| | 682. | Photo - Building – Signage | X | | X | | 3/4/26 |
| | 683. | Photo - Building - Parking lot | | | | | |
| | 684. | Photo - Building - Steel awnings | | | | | |
| | 685. | Photo - Equipment - Chemical Concierge (Air, water, chemistry, delivery) | X | | X | | 3/4/26 |
| | 686. | Photo - Equipment - Power packs & HP racks | | | | | |
| | 687. | Photo - Equipment - Water handling, filtration & storage | X | | X | | 3/4/26 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 688. | Photo - Equipment - Water tree repair | X | | X | | 3/4/26 |
| | 689. | Photo - Equipment (Plumbing) HP Hydracell #2 | | | | | |
| | 690. | Photo - Wiring - Conduit rack (Langer Electric) | X | | X | | 3/4/26 |
| | 691. | Photo - Wiring - Motor Control Center (MCC) (Langer Electric & Aaron) | X | | X | | 3/4/26 |
| | 692. | Photo - Pulse Switch diagnosis | | | | | |
| | 693. | Photo - Wiring - Motor Control Center (Detailed) (Langer Electric & Aaron) | X | | X | | 3/4/26 |
| | 694. | Photo - Wiring - Network cabinet (Aaron) | X | | X | | 3/4/26 |
| | 695. | Photo - Wiring - Tunnel Controller (128 output panel) #1 | | | | | |
| | 696. | Photo - Wiring - Tunnel Controller (128 output panel) #2 | X | | X | | 3/4/26 |
| | 697. | Photo - Building - Air Machine | | | | | |
| | 698. | Photo - Building - Christmas Lighting | X | | X | | 3/4/26 |
| | 699. | Photo - Building - Lightposts installed | | | | | |
| | 700. | Photo - Building - Outdoor lighting | X | | X | | 3/4/26 |
| | 701. | Photo - Building - Parking lot installations | | | | | |
| | 702. | Photo - Building - Roof inspection & repair | | | | | |
| | 703. | Photo - Building – Rugbeaters | | | | | |
| | 704. | Photo - Equipment - Boiler | | | | | |
| | 705. | Photo - Equipment - Boiler runoff | | | | | |
| | 706. | Photo - Equipment - Maintenance room | | | | | |
| | 707. | Photo - Equipment - Materials & tools | | | | | |
| | 708. | Photo - Equipment - Rocker (bottom profile) | | | | | |
| | 709. | Photo - Equipment - Rocker removal | | | | | |
| | 710. | Photo - Equipment - Room contents | | | | | |

33

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 711. | Photo - Equipment - STI Conveyor plate replacements | | | | | |
| | 712. | Photo - Equipment - STI conveyor plates | | | | | |
| | 713. | Photo - Equipment - Tools & storage | | | | | |
| | 714. | Photo - Equipment – Tools | | | | | |
| | 715. | Photo - Equipment - Wheel blaster arm and nozzle | | | | | |
| | 716. | Photo - Misc. - Mag Chloride | | | | | |
| | 717. | Photo - Opening Day (January 2020) | | | | | |
| | 718. | Photo - Parking Lot (Vac Booms) | | | | | |
| | 719. | Photo - Paystation – Booms | | | | | |
| | 720. | Photo - Tunnel Controller - CB1 & PS1 | | | | | |
| | 721. | Photo - Tunnel View (from PBS) | | | | | |
| | 722. | Photo - Vivotek Camera system | X | | X | | 3/4/26 |
| | 723. | Photo - Wiring - Equipment room panels (Langer Electric) | | | | | |
| | 724. | Photo - Wiring - HP1 & Main (Langer Electric) | | | | | |
| | 725. | Photo - Wiring - Outdoor Electrical hookup for TCU Trailer | | | | | |
| | 726. | Legacy Carwash Complete Build-Out Spreadsheet | | | | | |
| | 727. | Legacy Express Wash Balance Sheet August 23, 2021 | | | | | |
| | 728. | Legacy Express Wash Profit and Loss January 1 – August 23, 2021 | | | | | |
| | 729. | Email Luneke re: reimbursement for tools, signage, etc. | | | | | |
| | 730. | Email Luneke to DuBray re: Nathan Fichter 2020 1040 | | | | | |
| | 731. | Paid Time Off Report December 15, 2020 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 732. | Paid Time Off Report December 16, 2020 – December 31, 2020 | | | | | |
| | 733. | Paid Time Off Approvals December 15-30, 2020 | | | | | |
| | 734. | Email Luneke and City Ventures re: carwash purchase | | | | | |
| | 735. | Rocket Carwash Letter of Intent | | | | | |
| | 736. | Email Luneke to Bank of the Valley Attorney July 2022 | | | | | |
| | 737. | Short Co. Estimate for 140k | X | | X | | 3/4/26 |
| | 738. | Short Co. Invoice for 70k | X | | X | | 3/4/26 |
| | 739. | Bid from BD Construction for Carwash in Norfolk, NE | | | | | |
| | 740. | Bil-Den Glass Application for Payment | | | | | |
| | 741. | Bi-Den Glass Invoice 11/19/20 | | | | | |
| | 742. | Bil-Den Glass Check 6/10/22 | X | | X | | 3/4/26 |
| | 743. | Bil-Den Glass Check 7/29-22 | X | | X | | 3/4/26 |
| | 744. | Example of Luneke's CFO Work | | | | | |
| | 745. | Consulting Agreement – Storage Unit | | | | | |
| | 746. | Conceptual Site Plan – Storage unit | | | | | |
| | 747. | Email from Luneke to Doug Morris with Attachments, May 10, 2021 | X | | X | | 3/3/26 |
| | 748. | Draft Agreement of Sale for parcel in Norfolk, NE | | | | | |
| | 749. | Langer Electric Estimate, May 20, 2020 | X | | X | | 2/26/26 |
| | 750. | Langer Electric Invoice, August 18, 2021 | X | | X | | 2/26/26 |
| | 751. | Langer Electric Invoice, November 10, 2020 | X | | X | | 2/26/26 |
| | 752. | Langer Electric Invoice, November 22, 2020 | X | | X | | 2/26/26 |
| | 753. | Langer Electric Estimate, November 29, 2020 | X | | X | | 2/26/26 |

35

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 754. | Langer Electric Invoice, March 8, 2021 | X | | X | | 2/26/26 |
| | 755. | Langer Electric Invoice, July 16, 2021 | X | | X | | 2/26/26 |
| | 756. | Email Langer to Luneke re: Camera Quote, December 4, 2020 | X | | X | | 2/26/26 |
| | 757. | Rogge Appraisal of Columbus Carwash, March 30, 2020 | X | | X | | 2/26/26 |
| | 758. | Rogge Appraisal of Living Waters Carwash, December 29, 2020 | | | | | |
| | 759. | Rogge Appraisal of Legacy Express Carwash, May 10, 2021 | | | | | |
| | 760. | Great Plains Appraisal, August 2, 2022 | | | | | |
| | 761. | Rogge Appraisal of Legacy Express Car Wash, July 19, 2022 | | | | | |
| | 762. | CBRE Appraisal of Legacy Express Wash, June 3, 2025 | | | | | |
| | 763. | Appraisal of Proposed Carwash in CO "Havana St" | | | | | |
| | 764. | Appraisal of Proposed Carwash in CO "Smoky Hill Road" | | | | | |
| | 765. | Beacon Summary for Carwash on 120th and L, Omaha, NE | | | | | |
| | 766. | Legacy Car Wash Express Offering Memorandum | | | | | |
| | 767. | Legacy Car Wash Express Offering Memorandum 2 | | | | | |
| | 768. | Legacy Car Wash Express by Alpha RE Real Estate Advisors | | | | | |
| | 769. | Luneke's Personal Credit Cards utilized to finance construction costs | | | | | |
| | 770. | Pivot Order | | | | | |
| | 771. | Invoice dated 5-7-2020 | X | | X | | 2/26/26 |
| | 772. | Invoice dated 9-8-2020 | X | | X | | 2/26/26 |
| | 773. | Invoice dated 9-8-2020 - marked | | | | | |
| | 774. | Invoice dated 8-26-2020 | | | | | |

36

| | | | | | | |
|---|---|---|---|---|---|---|
| 775. | Invoice dated 11-9-2020 | X | | X | | 2/26/26 |
| 776. | Invoice dated 12-15-2020 | X | | X | | 2/26/26 |
| 777. | Invoice dated 12-15-2020 – from Mueller Sprinklers (1) | | | | | |
| 778. | Invoice dated 12-15-2020 – from Mueller Sprinklers (2) | | | | | |
| 779. | Invoice dated 12-17-2020 | | | | | |
| 780. | Invoice dated 12-22-2020 | | | | | |
| 781. | Invoice dated 12-28-2020 | | | | | |
| 782. | Invoice dated 1-21-2021 | | | | | |
| 783. | Invoice dated 2-4-2021 | X | | X | | 2/26/26 |
| 784. | Invoice dated 1-13-2021 w/o total | | | | | |
| 785. | Invoice dated 1-13-2021 w/ total | | | | | |
| 786. | Invoice dated 1/5/2021 | | | | | |
| 787. | Invoice dated 2-10-2021 | | | | | |
| 788. | Invoice dated 2-12-2021 | | | | | |
| 789. | Invoice dated 3-1-2021 | X | | X | | 2/26/26 |
| 790. | Invoice dated 3-1-2021 – From Beard-Warren | | | | | |
| 791. | Invoice dated 3-22-2021 | X | | X | | 2/26/26 |
| 792. | Foreman Lumber Customer QuickReport | X | | X | | 2/26/26 |
| 793. | Foreman Lumber check | | | | | |
| 794. | Loan Advance Docs (1-82) | | | | | |
| 795. | Invoice – Bil-Den Glass | | | | | |
| 796. | NFM Macbook | | | | | |
| 797. | Invoice – Diode LED | | | | | |
| 798. | Invoice – CM-Design | | | | | |
| 799. | Email dated 04-08-2021 | | | | | |
| 800. | Emailed dated 04-15-2021 | | | | | |
| 801. | Email dated 05-24-2022 | | | | | |

37

| | | | | | | |
|---|---|---|---|---|---|---|
| | 802. | Emailed dated 06-29-22 – HE LLC | | | | |
| | 803. | Carwash Blueprints | X | | X | | 2/26/26 |
| | 804. | LLC Authorization Resolution | | | | |
| | 805. | HE LLC Operating Agreement | | | | |
| | 806. | HE Item Report | | | | |
| | 807. | Letter from FDIC to Lavicky | | | | |
| | 808. | SBA Letter – Roger Paseka | | | | |
| | 809. | Email from John Orbist re Norfolk Carwash | | | | |
| | 810. | Balance sheet provided to Bank of Prague | | | | |
| | 811. | Luneke Financial information provided to Joel Clements | | | | |
| | 812. | Letter to Jason Lavicky – from FDIC | | | | |
| | 813. | Aaron Luneke Personal Checking Account | | | | |
| | 814. | Living Waters Checking Account | | | | |
| | 815. | Sonny's Sales Quotation – Equipment - - with Aaron's Notes | | | | |
| | 816. | Sonny's Sales Quotation – Controls -- with Aaron's Note | | | | |
| | 817. | Construction invoices provided to Bank of the Valley | | | | |
| | 818. | Craig Foreman Final Invoice | | | | |
| | 819. | Langer Electric Final Invoice | | | | |
| | 820. | Email re: Wrong address on appraisal | | | | |
| | 821. | Summary – Aaron Deposits into Living Waters | | | | |
| | 822. | Cost to Build Same Carwash in Norfolk | | | | |
| | 823. | Summary – Cabela Credit Card Purchases | | | | |
| | 824. | Summary – US Bank Card Purchases | X | | X | | 3/4/26 |

38

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 825. | Summary – Chase Credit Card Purchases | X | | X | | 3/4/26 |
| | 826. | Summary – Dultmeier Purchases | X | | X | | 3/4/26 |
| | 827. | Summary – Carwash purchases from Aaron's checking account | X | | X | | 3/4/26 |
| | 828. | STI Conveyor Belt Instructions | X | | X | | 3/4/26 |
| | 829. | Email – Luneke and DuBray re: Norfolk Carwash / Legacy Capitol Holdings | | | | | |
| | 830. | Email Luneke to Wendt re: Steve Kurz authorized signer | | | | | |
| | 831. | CIP – Kurz | | | | | |
| | 832. | Text – Jason and Aaron 2/3/22 | | | | | |
| | 833. | Text – Jason and Aaron 3/2/22 | | | | | |
| | 834. | Photo – Aaron and others at carwash | | | | | |
| | 835. | Photo – Aaron and Nick | | | | | |
| | 836. | Email – Morris re: Amended Tax Return | | | | | |
| | 837. | Email – Luneke to Morris 5/14/21 | | | | | |
| | 838. | Heritage Equity Loan Sheet- Bank of Prague | | | | | |
| | 839. | Email Fichter to Lavicky – Celtic Bank | | | | | |
| | 840. | Legacy Carwash Branded Clothing | | | | | |
| | 841. | Denials | X | | X | | 2/23/26 |
| | 842. | Invoice | | | | | |
| | 843. | FDIC Exam | X | F, H | X | | 3/2/26 |
| | 844. | Online Deed Search | X | | X | | 3/5/26 |
| | 845. | Deed of Trust | X | | X | | 3/5/26 |